IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 23-CR-00144-ACR |
| | : | |
| v. | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| **JOSHUA ABATE,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Joshua Abate, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1.  The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.  On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.  On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 p.m. after the building had been secured.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Defendant's Participation in the January 6, 2021, Capitol Riot*

8. On the morning of January 6, 2021, Abate, an active Marine, traveled by car from his military post in Virginia to Washington, D.C. to attend the rallies at the U.S. Capitol on January 6, 2021 with Marines Dodge Hellonen and Micah Coomer.

9. On January 6, 2021, Abate, Hellonen, and Coomer attended the rally at the U.S. Capitol and entered the U.S. Capitol building.  Their movements inside the U.S. Capitol Building were captured by surveillance cameras and open-source videos.  Coomer wore a red baseball cap, a black Under Armor sweatshirt with neon outline, and a green puff jacket.  Abate wore a baseball cap with a rectangular design on the front, with a plaid jacket and jeans.  Hellonen wore a dark colored jacket, dark colored pants, and carried a yellow "Don't Tread on Me" flag.

10. Abate, Coomer, and Hellonen entered the U.S. Capitol Building through the Senate Wing Door at approximately 2:20 p.m. that day.  They then proceeded further inside the U.S. Capitol Building.

11. At approximately 2:32 p.m., Abate, Coomer, and Hellonen entered the Rotunda through the South entrance. The group remained in the Rotunda for a couple minutes before leaving through the South entrance. While inside, they placed a red MAGA hat on one of the statues to take photos with it.

12. Abate, Coomer, and Hellonen then went to the Statuary Hal, before returning to the Rotunda through the South entrance. The group remained inside the Rotunda for approximately 30 minutes until police arrived and formed a line to direct people out of the U.S. Capitol Building. At approximately 3:12 p.m., Abate, Coomer, and Hellonen exited the U.S. Capitol Building through the Rotunda Door, having been inside for approximately 52 minutes.

13. As Abate, Coomer, and Hellonen traveled throughout the U.S. Capitol Building, surveillance camera footage captured all three of the men using their cellular devices to take pictures, videos, and answer phone calls.

14. Post-arrest, Abate admitted to law enforcement that he, Hellonen, and Coomer went inside the U.S. Capitol Building.

15. Abate willfully and knowingly entered the U.S. Capitol Building knowing that he did not have permission to do so. Defendant further admits that while inside the Capitol, defendant willfully and knowingly paraded, demonstrated, or picketed as his presence and actions on that day were part of a statement about the presidential election and state of the nation.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Joseph Huynh
Joseph Huynh
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Joshua Abate, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 3 MAY 2023

JOSHUA ABATE
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/3/23

DAVID J. DISCHLEY
Attorney for Defendant