**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 1:23-cr-00144** |
| | : | |
| v. | : | |
| | : | **Hon. Ana C. Reyes** |
| **JOSHUA ABATE,** | : | |
| | : | |
| Defendant. | : | **Sentencing Date:   September 13, 2023** |
| | : | |

**NOTICE OF FILING SENTENCING LETTERS**

The defendant, JOSHUA ABATE, by and through counsel, files the attached letters

(Exhibits A-1 to A-41) for consideration by the Court at sentencing in this matter.

August 31, 2023                                                 Respectfully submitted,


                                                                */s/ David J. Dischley*
                                                                David J. Dischley
                                                                *Counsel for Joshua Abate*
                                                                9255 Center Street, Suite 300B
                                                                Manassas, VA 20110
                                                                Phone:   (703) 635-2424
                                                                Fax: (800) 689-9509
                                                                david@dischleylaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2023, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

         Joseph H. Huynh
         D.C. Bar No. 495403
         Assistant United States Attorney (Detailed)
         405 East 8th Avenue, Suite 2400
         Eugene, Oregon 97401-2708
         Telephone: (541) 465-6771
         Joseph.Huynh@usdoj.gov

                  */s/ David J. Dischley*
                  David J. Dischley
                  *Counsel for Joshua Abate*
                  9255 Center Street, Suite 300B
                  Manassas, VA 20110
                  Phone:   (703) 635-2424
                  Fax: (800) 689-9509
                  david@dischleylaw.com