Ashley Barksdale Abate
1902 Scott Ln Unit #6
Fort Meade, MD 20755
(540) 800-6190

July 5, 2023

The Honorable Judge Ana C. Reyes
℅ Dischley Law, PLLC
9255 Center St, Suite 300B
Manassas, VA 20110

Judge Reyes,

    I am unsure how exactly to write a letter of this sort, so I will begin by introducing myself. My name is Ashley Abate, and by the time you read this, I will be nearing my three year wedding anniversary with my husband, Josh. I am now a stay at home mother to our newborn baby girl, but prior to that, I had been a circuit court deputy clerk since the age of 17. I met Josh in high school when I participated in the JROTC program and we became acquaintances, though it wasn't until he enlisted in the Marine Corps and was stationed back at Quantico that we reconnected and began to date. It didn't take me long to know that he would be the person I would spend my life with. In every sense, he is and always has been an *incredible* person. I believe that my husband made a terrible judgment call on January 6, 2021 - a decision for which he has and will continue to pay for dearly for years to come and a decision that I strongly disagreed with and know that he deeply regrets. It is my hope and prayer that you read all of these letters about my husband and learn more about who he is to myself and our friends and family to help you in deciding his appropriate sentence.

    Josh and I were married on November 6, 2020, one of the happiest days of my life despite the simplicity of our courthouse wedding. We wrote each other vows and in mine I mentioned that he possessed all of my favorite qualities of the men in my life. One of these was generosity. Josh is the most selfless and giving person I have ever met. He is giving of his time, attention, help, knowledge, and so much more. Just a couple of weeks after we were married, he told me that his previous year's Thanksgiving was spent in the barracks at an Air Force base in Texas eating a Hot Pocket. He was insistent that we invite all of his coworkers who wouldn't make it home for the holiday to come over for a

homemade Thanksgiving meal. That year in our first home together, with only a fold-up table and lawn chairs as furniture, we cooked and shared our first married Thanksgiving meal with his fellow servicemembers, something that has come to be a tradition that he heads up ever since. When I think of my husband, I think of a man who never fails to give the very best of himself to those around him.

  Josh is patient and empathetic. He makes a truly incredible friend to have. Shortly after being married, I was diagnosed with infertility and we were told that I would likely never conceive children of our own. As one could imagine, this was a life altering time in my life as I had dreamed of making Josh a father one day. When I struggled to continue being myself, he was my constant. Month after month of failed treatments, he was my shoulder to cry on and my listening ear. He held onto hope for me when I had none left. On July 29, 2022, just a few days after arriving in Pensacola, Florida for a military training course, Josh became a Christian. I mention this as it has become a substantial piece of his life ever since. We began attending church together every Sunday, and he would pray every night before bed that I could one day experience pregnancy. Exactly two months later to the day, I found out I was pregnant. As I write this letter to you now, I can hear Josh in the next room laughing and playing with the baby girl that he loves more than life. I am reminded everyday that I am immensely proud of the father I have given my daughter. I know that she has the most patient, dependable, and attentive father who will give her every ounce of love he has to offer.

  When I got a phone call in January of this year saying that Josh had been arrested, our world came crashing down. We had just moved into a new home, were expecting our baby soon, and he was just about to start a very distinguished internship with the NSA for which he took great pride in having achieved. I will never forget the feeling of sitting outside of a courthouse waiting for him to be released and receiving a text that he was going to be published in the news. It is a stomach churning feeling to see someone you love so much, someone that you know is a good person, be mocked and ridiculed by strangers. It is a terrifying feeling to see people wish death upon that person because of a mistake they made. I think my husband's actions, while nonviolent, were, quite frankly, extremely pointless and opened a door to many potential untrue impressions of himself. And I recall telling him such the night he came home on January 6. What eats at me is that I *know* his intentions were not ill. I believe anyone who knows Josh knows that he loves everyone, holds a deep respect for the institution which he defends, and was simply caught up in a moment with other young friends, and they got themselves into trouble which they have and will continue to suffer for.

  This letter would have no end if I wrote about all of Josh's best qualities and told you stories of good things he has done and how much my family adores him. I know that

the decision to enter the Capitol building on January 6 is probably the singular decision Josh regrets in life. And I believe that beyond a shadow of a doubt, he had no ill meaning or intent to harm anything or anyone. Ultimately, I know my husband and I know that as strong and collected as he keeps himself for the benefit of his family, he is dreading and fearing the date of his sentencing. *I fear this day, knowing the possible outcomes.* But more than anything, what I know is that regardless of what happens, Josh will continue to be the same person with the same heart before this happened. Not in the sense that anything of a criminal nature would ever be repeated, but in the sense that I know he is resilient and will continue to put his very best foot forward. I know he will continue to be good and do good.

    I thank you greatly for the time you have taken to read not only my letter, but the other letters written to you. It is my deepest hope that they have all helped to paint a better picture of my husband for you so that you may make the most fitting decision possible.

Very Respectfully,

Ashley Barksdale Abate