Julie Abate
608 Tacketts Mill Road
Stafford, VA 22556
Julieelizabeth711@gmail.com
(703) 926-5856
August 12, 2023

Judge Ana C Reyes
c/o Dischley Law, PLLC
9255 Center Street Suite 300B
Manassas, VA 20110

Honorable Judge Reyes,

My name is Julie Abate, I am Joshua Abate's sister-in-law. Although I have only been his sister for 4.5 years, he has been like a little brother to me for 17 years. He is the God father to my two daughters. Our fathers were mutual friends through the law enforcement community, which lead our families to spend many vacations, holidays, and sporting events together.

Growing up around the Abate family, it was hard to go anywhere without someone knowing them. The Abate boys would be greeted with a smile and a respectful handshake followed by a quick catch up as the people who knew them, cared about them. When I married into the Abate family, there was no animosity on taking the name and owning it proudly. The Abate Family have always been family to me.

Knowing Joshua Abate for such a long time, I saw him succeed in everything he did. In high school, he was in a top position within the high schools JROTC program and was recognized around Fauquier County for his outstanding performance within his academics and extra-curricular. At the age of 17, he went to Boot Camp and became a US Marine, just as his great-uncle, grandfather, father, and older brother had done. This wasn't solely to follow due to tradition, but because of the values Joshua Abate holds. We all knew that joining the Marine Corps would set him up for success and allow him to serve his country with honor and dignity. From his role at Quantico to the NSA training in Florida, Joshua Abate was high recognized by his success and leadership capabilities. While being active duty, Joshua was working towards his associate degree and volunteering within the base area he was living, his church and the Warrenton area, close to where he grew up.

One example of Joshua being recognized for his character and work ethic was at his ceremony for his Sergeant promotion at Quantico MCB on February 22, 2022. After the ceremony, the Sergeant Major came out to see the family and was telling us how proud he was of Joshua Abate. There was no surprise that Joshua was a born leader and would continue up the ladder of success.
All in all, Joshua Abate is not your average American citizen; he is hardworking, considerate and strives to be the best version of himself for his family, friends, and country.

Thank you for your time and consideration of Joshua Abate,
Julie Abate

*/s/ Julie Abate*