Joshua Dominic Abate
1902 Scott Ln Unit #6
Fort Meade, MD 20755
jdabate00@gmail.com
(540) 522-9735

August 1, 2023

The Honorable Judge Ana C. Reyes
℅ Dischley Law, PLLC
9255 Center St, Suite 300B
Manassas, VA 20110


Judge Reyes,

     After earning the title of U.S. Marine, I distinctly remember my Senior Drill Instructor having my boot camp platoon of 95 men sit around him in a semi circle as he told us "from this point on, whether it be heroic, boring, or criminal, a news article about you will always have "Marine" in the title." This held true when the media caught wind of my arrest for my actions on January 6th, 2021. Marines are known globally for their character, judgment, and discipline; taking part in the mindless crowd, I had a complete lapse of all three traits that Marines are revered for. In the midst of the chaos, I found myself a follower blinded by a false sense of pride in what I was doing. As a Non-Commissioned Officer in the Marine Corps, I am expected to have impeccable leadership and decision making skills as my actions or inactions may have consequences that cause the loss of life, limb, or property. In the many decisions I made on that day, it shames me that I failed to recognize the negative implications that my attendance and participation would have on my Country, Corps, and my family.

     In the days leading up, I allowed the information portrayed on the social media accounts and the news channels that I followed to convince me the 2020 U.S. election had unlawfully been stolen. Embarrassed by my actions on January 6, I have since made great efforts to vet information for truth and accuracy before potentially spreading misinformation, minimize my overall time spent on social media, and avoid general conversation about and exposure to politics, if possible. In a sense, it feels as though temporarily allowing a moment of emotional irresponsibility to overpower my commitment to protect this country has forfeited any validity of my political opinions.

     As I returned home that night, my adrenaline was fading and reality and regret were filling its place. When I saw how the media reported the event, I decided to keep quiet and tried

to forget my mistakes. As the days turned into weeks and weeks turned into months I felt relief but never lost the guilty conscience. When asked about the history of my actions during my polygraph, I knew that I had to be honest. When asked about my actions during my FBI interview, I maintained my honesty. There was never any other option for me. Integrity is one of my core tenets that I will never sacrifice, even if cooperating with the federal agents have made my situation worse.

      While my future is now vastly unknown, pending the outcomes of my civilian and military judicial processes, the singular day that I know will come and fear the most, is the day I have to explain my history and my involvement in history to my daughter. I understand that every individual has a unique story that has brought them to where they are today, but as it stands, I have a long way to go until I feel as though my story has more good than bad. My actions left my pregnant wife scared and alone while I was in a D.C. jail awaiting my preliminary hearing. My actions may leave my family without a stable income and health insurance if the Marine Corps determines they no longer desire my service. The foolish actions of a 20 year old have ruined the reputation, career, and life plans of a 23 year old with a family.

      I would like to formally extend my genuine and heartfelt apology to the Court, the prosecution, and to the American people. As a service member, I am held to a higher standard. That is why the disappointment in myself and regret of my actions are so immeasurable. The American people deserve better from their service members than what I did on January 6th. I fully understand the severity of this situation and dearly hope that everyone I offended with my actions will accept my apology.

      While I do not remember why I went to D.C. on January 6th, I can promise that I did not have any intent to do any of the crimes that I was charged with. I wholeheartedly regret my actions from that day, not because I face punishment in the coming days, but because I understand that I have done wrong by taking an active role in one of our nation's darkest days. Your Honor, it is my hope that this letter, and all others that follow, show the court that my actions on January 6th were uncharacteristic, have brought me a plethora of hard lessons, and will never be repeated in any comprehensible form. Thank you for taking the time to read these letters, I pray they provide examples on why I am not the man my crimes make me seem to be.

Very Respectfully,

*[signature]*

Joshua Dominic Abate