# January 6, 2021

Joshua Dominic Abate

January 6, 2021 went down as a terrifying day in American history in which thousands of citizens upset by election results breached the Capitol building in a collective effort to disrupt Congress' certifying of the electoral college votes in the 2020 election. The obvious candidate chosen by the American people was Joseph Robinette Biden Jr. The citizens responsible for the Capitol attack were conservative Republican supporters of the 45th president of the United States, President Donald John Trump. Critical information to understand about this event is why it happened, what could/should have happened, and the dangers of this infamous day. There was much widespread misinformation and fear mongering throughout Election Day 2020 and in many months following. Paramount to understanding why the Capitol riots had no reason to take place is understanding how each of the lies circulated by President Trump were incredibly harmful to our democracy and our unity as a nation. We must possess a deep understanding of what the electoral college votes are, why they are important, and the significance of election integrity. Protecting election integrity is foundational to a country's democracy and ensuring its survival, or said country can fail.

The electoral college is a system by which the President and Vice President of the United States are elected. It consists of electors from each state who cast votes based on the popular vote in their respective states. The electoral college votes are then counted and

certified by Congress to determine the winner of the Presidential Election. The purpose of the design of the electoral college was to "ensure the views of all individuals of a specific state are represented." The number of electors for a state is equivalent to the number of that state's members in the Senate and in the House of Representatives. There are a grand total of 538 electoral votes for each election. To successfully win, a candidate must secure a minimum of 270 electoral votes, which wins them the majority of the votes. The electoral college, while still a widely controversial piece of United States elections, survives to play an integral role in the current process. On one side of the argument, people say that the electoral college creates an unfair balance and that a winner should be determined solely by the *popular* vote, meaning the candidate that had the highest number of votes by individual voters. And on the flip side of the argument, people say that the electoral college protects small states with less representation, and that without *it*, there would be an unfair balance. Overall, this process is a fundamental part of the current democratic system in the U.S., designed to balance the influence of larger and smaller states. (Information Station)

      John Eastman is a conservative legal scholar and attorney who gained significant attention due to his involvement in the legal controversies surrounding the 2020 United States presidential election. Eastman worked as a law professor at Chapman University and had a focus on constitutional law and election law. In the lead-up to the certification of the 2020 presidential election results, Eastman wrote a controversial memo that described the legal basis for questioning the validity of certain states' electoral votes and suggesting that Vice President Mike Pence, in his role presiding over the certification process, had the power

2

to reject or delay the certification. This memo was widely criticized by legal experts who stated that it misrepresented constitutional law and the role of the U.S. Vice President in the election certification process. The memo gained attention as part of the broader efforts by some supporters of then-President Donald Trump to contest the election results based on claims of widespread voter fraud and irregularities. The memo and the legal ideas it presented were cited by some conservative Republicans and Trump supporters in Congress as they attempted to aid in challenging the election's outcome. In the end, Eastman and others' efforts to contest the election results were largely unsuccessful. The election results were certified by Congress on January 6, 2021, following the storming of the U.S. Capitol by a mob of Trump supporters. (Gangel)

Election integrity is crucial for the functioning of a healthy democracy in any nation. A fair and transparent electoral process is necessary to ensure that the wants of the people are accurately reflected in our election outcomes. Claims of widespread voter fraud without solid, credible evidence can, and will erode public trust in elections and institutions and create a barrier and lack of trust between the people and government. To protect election integrity, it's essential to have a system of "checks and balances," if you will, in place for secure voting, accurate counting procedures, and an independent party to address any legitimate concerns. Open and honest communication from political leaders and responsible media can also help build and maintain the public's trust in the electoral process.

The Capitol attack was a culmination of various factors, including widespread misinformation, unfounded claims of election fraud, and a deeply polarized political

environment. After the 2020 presidential election, then-President Donald Trump repeatedly made baseless claims about widespread voter fraud and election rigging. Despite these claims being widely debunked and dismissed by multiple courts, his rhetoric continued to sow doubt among his supporters. Many of his supporters genuinely believed these claims and felt that the election had been stolen from him. The gathering in Washington, D.C., on January 6 was originally billed as a rally to support Trump's claims and challenge the certification of the electoral college results. A portion of the crowd eventually turned violent, stormed the Capitol building, disrupted the certification process, and engaged in acts of vandalism.

*Every* single claim of voter fraud made by President Trump has been quickly and thoroughly reviewed and found to be not only wildly untrue, but extremely dangerous to our country. Beginning with the night of the election, Trump falsely claimed victory before all votes were counted and suggested that ongoing vote counting was evidence of fraud. He repeatedly raised concerns about mail-in ballots, suggesting that they were susceptible to widespread fraud. However, mail-in voting has long been used in the United States and is subject to multiple security measures. Trump alleged that dead people had voted in the election. Election officials and organizations across the country found *zero* evidence to support these claims. He and his legal team promoted conspiracy theories alleging that Dominion Voting Systems, a company that provided election technology for the 2020 election, had electronically manipulated votes in favor of Joe Biden. These claims have also been debunked and dismissed. Trump and his legal team claimed that ballots were also mysteriously appearing or disappearing. However, these claims were often based on their

4

own misunderstandings of the counting process. Trump himself also made various allegations of widespread voter fraud in Michigan and Pennsylvania, specific states where he unexpectedly lost. Courts and election officials in those states found no substantial evidence to support his claims. In a phone call with the Georgia Secretary of State Brad Raffensperger, Trump urged him to "find" enough votes to overturn the election results in Georgia. This call was recorded and has since been leaked and used against Trump in impeachment proceedings. He pressured his own Vice President, Mike Pence, to reject or delay the certification of the Electoral College results, claiming that Pence had the authority to do so. However, this was not within the Vice President's constitutional role, as was strongly advised against by popular conservative Judge Michael Luttig (YouTube).

  According to a PDF document created by the Brennan Center for Justice regarding the inaccurate claims stemming from the 2020 election, most voter fraud reports are traceable to clerical errors and equal somewhere between 0.00025% and 0.0003%. This means that an American is statistically more likely to be struck by lightning than to successfully impersonate another voter at the polls. This document goes on to describe specific voter manipulation tactics that President Trump claimed to have existed, and how each were proven to be false by voter agencies and the media. They cite dozens of studies which were performed even long *before* the 2020 election showing how safe and fair elections were and just how accurate the counting processes are. In 2014, a study performed by The Washington Post found a mere 31 occasions of voter impersonation out of *billions*. This is just one

example of a comprehensive study which deemed Trump's claims to be desperate and telling of their invalidity. (Brennan Center for Justice)

The events of January 6, 2021 were an enormous threat to our nation for many reasons. The riots undermined rule of law, promoted misinformation and fear mongering, increased the divide in our country, threatened a peaceful transition of power, created an embarrassment to the country, and polarized a subject that should be impartial. The attack involved an unlawful and violent attempt to disrupt the certification of the Electoral College results. It demonstrated a willingness to use force to overturn the will of the people and undermine the rule of law, which is a cornerstone of democracy. The attackers breached one of the most symbolic and important institutions in the United States—the U.S. Capitol. This attack on the heart of the American government signaled a direct attack on democratic government and the distinct separation of powers. Peaceful transitions of power are a crucial part of well-functioning democracies. The attack sought to disrupt the peaceful transfer of power from one administration to another and create fear in the members of Congress, undermining the legitimacy of the electoral process. The attack was fueled by untrue claims and misinformation about the election results. This demonstrated the dangerous consequences of spreading baseless narratives that can perpetuate real-world violence and unrest.

In conclusion, the events of January 6, 2021, marked a saddening chapter in American history that highlighted the weakness of democracy when faced with misinformation, lies, and political unrest. The attack on the U.S. Capitol, fueled by baseless claims of election fraud, posed a significant threat to the principles and institutions that support a democratic government. It

threatened what Americans hold most dear, freedom to choose who governs. It demonstrated the potential consequences of unchecked disinformation, political division, and the use of violence to challenge electoral outcomes by a wrongful source of power. It served as a blatant reminder that democratic societies must be vigilant in protecting their values, including the peaceful transfer of power, the rule of law, and the protection of elections.

The events of January 6, 2021, should be cause for reflection, conversation, and bipartisan efforts to strengthen democratic processes (including elections), promote unity, and prevent the recurrence of such incidents in the future. Preserving the integrity of elections, fostering unity, and valuing the principles of democracy remain core values to this great American nation.

# References

Debunking the voter fraud myth - Brennan Center for Justice. (n.d.). https://www.brennancenter.org/sites/default/files/analysis/Briefing_Memo_Debunking_Voter_Fraud_Myth.pdf

Gangel, J., & Herb, J. (2022, February 21). *Anatomy of a tweet: The behind-the-scenes story of how retired federal judge Michael Luttig used Twitter to try to stop an insurrection | CNN politics*. CNN. https://www.cnn.com/2022/02/20/politics/judge-michael-luttig-pence-tweet/index.html

Lai, S. (2022, June 16). *J. Michael Luttig, a Conservative judge, tweeted his analysis that a vice president had no power to alter the election results.* The New York Times. https://www.nytimes.com/2022/06/16/us/j-michael-luttig-tweets-pence-trump.html

*What is the Electoral College?*. Information Station. (2020, March 3). https://informationstation.org/kitchen_table_econ/what-is-the-electoral-college/?utm_source=google&utm_medium=cpk&gclid=CjwKCAjwxOymBhAFEiwAnodBLOiXKHeWS6f1Qb7t2W6mseWq6hGmYxhwwbmjoQkJlwka32tXhYEBCxoCn28QAvD_BwE

YouTube. (2023, August 9). *Luttig on 7-tweet thread on Jan 5. 2021*. YouTube. https://www.youtube.com/watch?v=o7gSV97jmg0