**American Public University System**
**Office of the Registrar**
**111 W. Congress Street**
**Charles Town, WV 25414**
**Official Transcript**

**Statement of Authenticity**

This official transcript has been transmitted electronically to the recipient and is intended solely for use by that recipient. If you are not the intended recipient please notify American Public University System at apustranscripts@apus.edu. It is not permissible to replicate this document or forward it to any person or organization other than the identified recipient. Release of this record or disclosure of its contents to any third party without written consent of the record owner is prohibited.

This official transcript has been digitally signed and therefore contains special characteristics. If this document has been issued by American Public University System and for optimal results, we recommend that this document is viewed with the latest version of Adobe® Acrobat or Adobe® Reader it will reveal a digital certificate that has been applied to the transcript. This digital certificate will appear in a pop-up screen or status bar on the document, display a blue ribbon, and declare that the document was certified by American Public University System with a valid certificate issued by GlobalSign CA for Adobe®. This document certification can be validated by clicking on the Signature Properties of the document. The blue ribbon symbol is your assurance that the digital certificate is valid, the document is authentic, and the contents of the transcript have not been altered.

If you have any questions regarding the authenticity of this transcript, please contact us at apustranscripts@apus.edu.

**Recipient:** Joshua D. Abate          **Student:** Joshua Abate

PRINTED FROM CERTIFIED PDF

# AMERICAN PUBLIC UNIVERSITY SYSTEM

American Public University

American Military University

1-877-755-2787

111 West Congress Street
Charles Town, West Virginia 25414

Joshua D. Abate
2002 Barnett Ave
Quantico VA 22134

Student Name: Joshua D. Abate
Social Security: XXX-XX-9895
DOB: 07/14/XXXX
StudentID: 5840193
DocumentID: 38798521

## American Military University

| Admission Date | Program | GPA | Conferred |
|---|---|---|---|
| 01/27/2020 | Associate of Arts in General Studies (AA) | 3.4456 | 04/01/2022 |

### Transfer Credit  Applied Toward Program

| Source | Semester Hours |
|---|---|
| CLEP | 6.00 |
| IR/MOU- Goodfellow | 27.00 |
| JST - School | 27.00 |
| **Total Transfer Credit Hours** | **33.00** |
| | |
| **Total Teach Out Credit Hours (above)** | **0.00** |
| **Total Institutional Credit Hours (above)** | **0.00** |
| **Total Prior Learning Assessment Credit Hours (above)** | **0.00** |
| **Total Transfer Credit Accepted But Not Program Applicable** | **27.00** |

## AMU Courses

| Semester\Course Number | Course Title | Course Start Date | Course End Date | Hours Att | Hrs Earned | Grade | Quality Points |
|---|---|---|---|---|---|---|---|

Page    1  of  2                              Joshua D. Abate                              Issue Date:    05/15/2022

PRINTED FROM MC CERTIFIED PDF

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Winter 2020** | | | | | | | |
| COMM120 | Information and Digital Literacy | 03/02/2020 | 04/26/2020 | 3.00 | 3.00 | A | 12.00 |
| **Spring 2020** | | | | | | | |
| COMM211 | Social Media and Society | 05/04/2020 | 06/28/2020 | 3.00 | 3.00 | A | 12.00 |
| **Summer 2020** | | | | | | | |
| ENGL110 | Making Writing Relevant | 07/06/2020 | 08/30/2020 | 3.00 | 3.00 | B- | 8.01 |
| EVSP180 | Introduction to Environmental Science | 09/07/2020 | 11/01/2020 | 3.00 | 3.00 | C | 6.00 |
| **Fall 2020** | | | | | | | |
| GEOG101 | Introduction to Geography | 11/02/2020 | 12/27/2020 | 3.00 | 3.00 | B | 9.00 |
| **Winter 2021** | | | | | | | |
| SPAN100 | Spanish I | 01/04/2021 | 02/28/2021 | 3.00 | 3.00 | A | 12.00 |
| **Spring 2021** | | | | | | | |
| MGMT100 | Human Relations | 06/07/2021 | 08/01/2021 | 3.00 | 3.00 | A- | 11.01 |
| **Summer 2021** | | | | | | | |
| RELS201 | Introduction to World Religions | 08/02/2021 | 09/26/2021 | 3.00 | 3.00 | A- | 11.01 |
| **Fall 2021** | | | | | | | |
| MATH110 | College Algebra | 10/04/2021 | 11/28/2021 | 3.00 | 3.00 | A | 12.00 |
| **Summary:** | **Cum GPA: 3.4456** | | | **27.00** | **27.00** | | **93.0** |

Michelle Newman - University Registrar

An official electronic transcript is available as a document with a digital certificate available through a secure portal. An official paper transcript is printed on maroon security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. Official paper transcripts are placed in sealed envelopes.

**AMERICAN PUBLIC UNIVERSITY SYSTEM**

American Public University - American Military University
111 West Congress Street
Charles Town, WV 25414
877-755-2787   www.apus.edu

**Official Transcript:** An official transcript consists of a copy of the student's permanent record signed by the Registrar and listing those courses for which a grade has been assigned. Course credit accepted from another institution will be included for all graduated students and all active students, once awarded. Transfer credit for students who are no longer enrolled may not appear as it will no longer be considered valid. Transcripts are not issued for CEU or MOOC coursework.

**Academic Calendar:** The unit of credit used at member institutions of the American Public University System (APUS) is the semester hour. Courses may be 8 or 16 weeks in duration.

**Member Institutions:** American Community College (ACC), American Public University (APU), and American Military University (AMU) were incorporated as members of the American Public University System on June 17, 2002. ACC operations were transferred to other member institutions in June 2005.

**Accreditation:** APUS is accredited by the Higher Learning Commission.

Date of last revision:  July 1, 2019

**Grading System:**  Letter grades and quality points are assigned for all courses except for those specifically designated below:

| | |
|---|---|
| A: | 4.0 Quality Points |
| A-: | 3.67 Quality Points |
| B+: | 3.33 Quality Points |
| B: | 3.0 Quality Points |
| B-: | 2.67 Quality Points |
| C+: | 2.33 Quality Points |
| C: | 2.0 Quality Points |
| C-: | 1.67 Quality Points |
| D+: | 1.33 Quality Points |
| D: | 1.0 Quality Points |
| D-: | 0.67 Quality Points |
| F: | 0.0 Quality Points |
| PD: | Pass w/Distinction |
| P: | Pass |
| FAIL: | Failed Comp Exam |
| W: | Withdrawal/No Grade |
| WP: | Withdrew Passing |
| WF: | Withdrew Failing |
| S: | Satisfactory |
| X: | Knowledge Only/Audit |
| I: | Incomplete |
| PLA: | Prior Learning Assessment |
| R: | Course Retaken |
| U: | Unsatisfactory |

Grades without quality points and any transfer credit awarded are not factored when computing a student's GPA.  Only A through F letter grades are factored into the student GPA.

Graduate Courses:  Any grade below "C" is considered failing as of April 1, 2007.

Doctoral Courses:  Any grade below "B-" is considered failing as of January 1, 2018.

**Course Numbers:** Courses numbered less than 100 are remedial and do not meet undergraduate or graduate degree requirements. Courses numbered 100-499 are designed to meet undergraduate degree requirements. Courses numbered 500 and 600 are designed to meet master's degree requirements. Courses numbered 700 and above are designed to meet doctoral degree requirements.

**Degree and Residency Requirements:** Effective January 2018, Associate degree students must complete a minimum of 60 semester hours, 15 of which must be at an APUS institution. Bachelor's degree students must complete a minimum of 120 semester hours, 30 of which must be at an APUS institution. Master's degree students must complete a minimum of 36 semester hours, 21 of which must be at an APUS institution. Doctoral degree students must complete a minimum of 58 semester hours, all of which must be completed at an APUS institution.

2007 – 2017 Associate degree students must complete a minimum of 61 semester hours, 16 of which must be at an APUS institution.  Bachelor's degree students must complete a minimum of 121 semester hours, 31 of which must be at an APUS institution.  Master's degree students must complete a minimum of 36 semester hours, 21 of which must be at an APUS institution.

191609