F-7

# United States Marine Corps

## College of Enlisted Military Education

takes pleasure in presenting this diploma to

### Corporal Joshua D. Abate - 154689492

*Honor Graduate*

Certifying that this Noncommissioned Officer has met all the requirements and has successfully completed the curriculum prescribed for

**CORPORALS COURSE**
1-21

Given at

Marine Corps Base Quantico, Virginia

On 19 October, 2021

M. E. WILSON
GUNNERY SERGEANT, U. S. MARINE CORPS
COURSE CHIEF
QUANTICO, VA

V. M. MELENDEZ
SERGEANT MAJOR, U. S. MARINE CORPS
COURSE DIRECTOR
QUANTICO, VA