# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:23-cr-00144 |
| | : | |
| v. | : | |
| | : | Hon. Ana C. Reyes |
| **JOSHUA ABATE,** | : | |
| | : | |
| Defendant. | : | Sentencing Date:  September 13, 2023 |
| | : | |

## MOTION FOR EARLY TERMINATION OF PROBATION

The Defendant, Joshua D. Abate, by and through counsel, pursuant to the Additional Probation Terms in this Court's Judgement in a Criminal Case for this matter, having completed all his community service hours, requests that this Court terminate his probation. As grounds therefore, the defendant states as follows:

1. On September 13, 2023, Sgt. Abate was sentenced on count of unlawful picketing, parading, or demonstrating in the Capitol.

2. On this date, this Court sentenced Sgt. Abate to one year of supervised probation with the special condition that he complete 279 hours of community service, giving him credit for the 100 hours he had previously completed, pay restitution in the amount of $500.00, and pay a $10.00 special assessment.

3. As of the date of this motion, Sgt. Abate has paid his restitution and special assessment and completed all of his community service.  (See Exhibit A attached)

4. The additional terms of probation in this Court's Judgment states: "The defendant shall have four years to complete his community service. However, if he completes it sooner, the defendant can move to end his probation early." (Dkt No. 49)

5.      Sgt. Abate is presently scheduled to appear before a separation board with the United States Marine Corps and having him released from probation would be received positively by the Board.

6.      The undersigned has contacted Katherine E. Boyles. Assistant United States Attorney, who opposes this motion.

7.      The undersigned has contacted Sgt. Abate's probation officer in Maryland (Greg Martin) who has not responded to his inquiry.

## **CONCLUSION**

Sgt. Abate respectfully requests that this Honorable Court grant his Motion for Early Termination of Probation as requested herein. Sgt. Abate, to the extent permitted by this Court, asks the Court to rule on this motion on the "papers" and is not requesting a formal hearing unless required by this Court.

November 21, 2023                                  Respectfully submitted,


By: _____/s/_____
David J. Dischley, VSB No.: 73703
*Counsel for Joshua Abate*
Dischley Law, PLLC
9255 Center Street, Suite 300B
Manassas, VA 20110
Phone:  (703) 635-2424
Fax:  (800) 689-9509
david@dischleylaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on November 21, 2023, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

    Katherine E. Boyles
    Assistant United States Attorney
    Katherine.Boyles@usdoj.gov

            */s/ David J. Dischley*
            David J. Dischley
            *Counsel for Joshua Abate*