Ex. A



Volunteer

| Name | Hierarchy Name | Activity Name | Hours | Activity Date/Time | Mileage | Comments |
|---|---|---|---|---|---|---|
| Abate, Joshua | Mid Atlantic | Quantico - Main Morning Shift (1st Week) | 4.00 | Oct 5, 2023  9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (1st Week) | 4.00 | Oct 5, 2023  1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Morning Shift (1st Week) | 4.25 | Oct 6, 2023  9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (1st Week) | 4.00 | Oct 6, 2023  1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Afternoon/Evening Shift | 8.00 | Oct 9, 2023  12:00 AM | 0.00 | A combination of forgetting to sign in/out for each shift and then the beacon not connecting when I closed. Sorry for the inconvenience, please let me know if you have any questions or if there are any issues! |
| Abate, Joshua | Mid Atlantic | FMUSO Morning Shift (2nd week) | 4.00 | Oct 9, 2023  9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (2nd Week) | 4.25 | Oct 10, 2023  12:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Morning and Afternoon Shift | 8.25 | Oct 11, 2023  12:00 AM | 0.00 | App not working, Entered Building at 8:40am, left building at 5:00pm |

| Name | Hierarchy Name | Activity Name | Hours | Activity Date/Time | Mileage | Comments |
|---|---|---|---|---|---|---|
| Abate, Joshua | Mid Atlantic | Morning/Afternoon Shift | 8.50 | Oct 12, 2023 12:00 AM | 0.00 | In: 832<br>Out: 501<br>App being weird |
| Abate, Joshua | Mid Atlantic | FMUSO Morning Shift (2nd week) | 4.25 | Oct 13, 2023 9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | FMUSO Afternoon Shift (2nd week) | 4.00 | Oct 13, 2023 1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Morning Shift (3rd Week) | 4.25 | Oct 16, 2023 9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (3rd Week) | 4.00 | Oct 16, 2023 1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Morning Shift (3rd Week) | 4.50 | Oct 17, 2023 9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (3rd Week) | 4.00 | Oct 17, 2023 1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Morning Shift (3rd Week) | 4.25 | Oct 18, 2023 9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (3rd Week) | 4.25 | Oct 18, 2023 1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Morning Shift (3rd Week) | 4.50 | Oct 19, 2023 12:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (3rd Week) | 4.25 | Oct 19, 2023 12:00 AM | 0.00 | |

| Name | Hierarchy Name | Activity Name | Hours | Activity Date/Time | Mileage | Comments |
|---|---|---|---|---|---|---|
| Abate, Joshua | Mid Atlantic | Quantico - Main Evening Shift (3rd Week) | 4.25 | Oct 19, 2023  5:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Morning Shift (3rd Week) | 4.25 | Oct 20, 2023  9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (3rd Week) | 4.00 | Oct 20, 2023  1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | FMUSO Morning Shift (4th week) | 4.00 | Oct 23, 2023  9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | FMUSO Afternoon Shift (4th week) | 4.25 | Oct 23, 2023  1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | FMUSO Evening Shift (4th week) | 4.00 | Oct 23, 2023  5:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (4th Week) | 4.50 | Oct 24, 2023  1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | FMUSO Afternoon Shift (4th week) | 4.25 | Oct 25, 2023  1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | FMUSO Evening Shift (4th week) | 4.00 | Oct 25, 2023  5:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (4th Week) | 4.00 | Oct 26, 2023  1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Evening Shift (4th Week) | 4.25 | Oct 26, 2023  5:00 PM | 0.00 | |

| Name | Hierarchy Name | Activity Name | Hours | Activity Date/Time | Mileage | Comments |
|---|---|---|---|---|---|---|
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (4th Week) | 4.00 | Oct 27, 2023  12:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Morning Shift (4th Week) | 4.25 | Oct 27, 2023  9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Fall Fest - Shift 1 | 3.25 | Oct 28, 2023  2:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Morning Shift (5th Week) | 4.25 | Oct 30, 2023  9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (5th Week) | 4.00 | Oct 30, 2023  1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Evening Shift (5th Week) | 4.00 | Oct 30, 2023  5:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Morning Shift (1st Week) | 4.50 | Nov 1, 2023  9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (1st Week) | 4.00 | Nov 1, 2023  1:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Evening Shift (1st Week) | 4.00 | Nov 1, 2023  5:00 PM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Morning Shift (1st Week) | 4.25 | Nov 2, 2023  9:00 AM | 0.00 | |
| Abate, Joshua | Mid Atlantic | Quantico - Main Afternoon Shift (1st Week) | 4.00 | Nov 2, 2023  1:00 PM | 0.00 | |

| Name | Hierarchy Name | Activity Name | Hours | Activity Date/Time | Mileage | Comments |
|---|---|---|---|---|---|---|
| | | **Total Hours:** | 181.75 | **Total Mileage:** 0.00 | | |