```
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,      ) CRIMINAL ACTION NO.:
                                    ) 23-0144-ACR
 4            Plaintiff,            )
          vs.                       )
 5                                  )
     JOSHUA ABATE,                  ) Washington, D.C.
 6                                  ) September 13th, 2023
              Defendant.            ) 10:35 a.m.
 7   _____)

 8

 9                  TRANSCRIPT OF SENTENCING
               BEFORE THE HONORABLE ANA C. REYES
10                UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Government: Madison Mumma, Esquire
                         United States Attorney's Office
14                       1301 New York Avenue NW
                         Suite 1000
15                       Washington, D.C. 20530

16

17   For the Defendant:  David J. Dischley, Esquire
                         Dischley Law, PLLC
18                       9255 Center Street
                         Suite 300b
19                       Manassas, VA 20110

20   Reported by:        Christine T. Asif, RPR, FCRR
                         Official Court Reporter
21                       United States District Court
                         for the District of Columbia
22                       333 Contitution Avenue, NW
                         Washington, D.C., 20001
23                       (202) 354-3247

24

25   Proceedings recorded by machine shorthand; transcript produced
     by computer-aided transcription
```

```
 1                   P R O C E E D I N G S

 2          THE COURT:  Good morning.  Ms. White, would you

 3   please call the case.

 4          THE CLERK:  Yes, ma'am.  This is criminal action

 5   23-144, the United States of America versus Joshua Abate.

 6          Will the parties please come forward and identify

 7   themselves for the record.

 8          MS. MUMMA:  Good morning, Your Honor.  Madison Mumma

 9   for the United States.

10          THE COURT:  Good morning.

11          MR. DISCHLEY:  Good morning, Your Honor.  David

12   Dischley on behalf of Sergeant Bates.

13          THE COURT:  Good morning.

14          Ms. Mumma, I wanted to say, I know I have not done

15   what you have wanted me to do over the last couple days, but I

16   think that you've been doing a terrific job.  I think that

17   everyone, all of the Marines who have been before me, and my

18   guess is Mr. Abate -- Sergeant Abate would say the same thing,

19   have commended your professionalism and how you've behaved and

20   how you've been a lawyer and a representative for the

21   government throughout this process, and I've certainly taken

22   note.  I'm very appreciative.

23          MS. MUMMA:  Thank you, Your Honor.  Appreciate it.

24          THE COURT:  All right.  So obviously we're here for

25   a sentencing of Sergeant Abate -- Abate?
```

1          MR. DISCHLEY:  It's Abate, Your Honor.

2          THE COURT:  Abate?

3          MR. DISCHLEY:  Yes, Your Honor.

4          THE COURT:  Okay.  And, Mr. Abate, you might have

5    heard from your colleagues that when I --

6          Be seated.

7          MR. DISCHLEY:  Oh, thank you.

8          THE COURT:  You may have heard from your colleagues,

9    I don't know if you've talked to them over the last couple of

10   days, that when I first got these cases and I saw that active

11   duty Marines had been part of the Capitol riot, I was pretty

12   disgusted.  And, frankly, a little bit scared.  It's scary to

13   think that our active duty military were part of an

14   insurrection.  And I know that you didn't go to the rally.  I

15   know that you didn't intend to be part of an insurrection, but

16   you were.  And to be honest, I made a lot of assumptions about

17   you and your colleagues, and none of them were good.  But I

18   also knew I had a job to do, and my job was to keep an open

19   mind and to review and read everything before I made any

20   decisions.

21          Yours were the first set of documents I read because

22   they came first.  And I received over 50 letters.  I read them

23   all.  I read most of them twice.  I read your letter and the

24   letter from your wife a few times and a couple of others a few

25   times.  I read your report.  I thought, by the way, you're a

great writer, very well written.  I thought it was thorough
and intelligent.  I saw that you did a hundred hours of
community service hours on your own before you knew what
anyone's sentences were going to be.

You and the letters painted a entirely different
picture in my mind.  And as I've told your colleagues,
frankly, I was ready to throw the three of you in jail for six
months because that's all I could do.  And if I could have
thrown you in jail longer, I would have thrown you in jail
longer.  And then after I read, in particular, your set of
letters, because they were first, I -- I got a better, more
nuanced understanding of what occurred that day and the kind
of people you are and, in particular, the kind of person and
husband and son and father that you are and friend that you
are, and I had to reassess and I did reassess.  I had to think
about why I jumped to the assumptions that I jumped to, and I
did a lot of soul searching about that and will continue to do
that.

One of the things that you said is there's a lot
left for you to do before you can be more good than bad.  I'm
not sure that's right.  I can tell you one good thing you've
done is you've made me a better judge.  Monday was my first
sentencing; you're my third.  I'm going to be doing this, I
hope, for a while.  I'm going to be a better judge for having
gone through this process and, in particular, having thought

about how I think about things a great deal.  So I do thank
you for that.  And of course, I thank you for your service.

All that said, I am still pretty disgusted that
three active duty Marines were part of the insurrection, and I
do have a lot of things to say about that.  I don't imagine
today's going to be particularly pleasant for you.  It's not
going to be pleasant, I think, for anyone who's here with you
or really for any of us.  I don't think this is pleasant for
Ms. Mumma any more than it's pleasant for me.  I'm sure she
would rather be doing anything but this right now.  And the
only person who would rather be here less than her and me is
you.  And I understand that.  But I do feel like there are
some things that I need to say, and I think it's important for
the record to say them.  I am also going to talk about a
number of the glowing things that were talked about in your
letters, because I think it's important for me to say those
for the record too.

So let me start with the following, which is, I did
read all of the letters.  I read them and, I mean, they're
just -- I mean, I don't have words for how glowing they were.
One thing stood out to me, not in a particularly positive way,
from one of the letters, and I'm going to read from it.  I
don't think that you or your family or lawyer ascribe to what
I'm about to say, but I want to talk about it because I think
a lot of people feel this way.  And I think it's important for

1    me to get on the record my response to it.  But again, this

2    isn't something I ascribe to you or that is factoring into my

3    thinking about your sentence.

4            So one of the letters, I think it was a friend of

5    your father, said, "Without delving into the nuances of the

6    matter before this Court, our country is struggling at this

7    time.  It is my opinion that Josh is having to swallow a

8    poison pill in accepting a plea agreement.  No, I do not hold

9    all of the facts the Court may or may not possess.  I can only

10   believe the Court is not deaf to all that has transpired in

11   the past many years and the tensions felt between different

12   branches of our government and the citizens of this country.

13   It appears the judicial system may be the last hope for some

14   sense of sanity and recognize the rights of free speech and

15   assembly.  This court, your court, has the ability to dismiss

16   this case and neither accept the plea agreement nor impose a

17   sentence."

18           Now, that's a political view, and this gentleman is

19   perfectly -- has the right to hold this view.  I have no

20   qualms with people holding different political views.  As a

21   number of people have said, you're entitled to your own

22   opinion, but you're not entitled to your own facts.  And I do

23   think that there are some factual flaws in this argument that

24   I think it's important to clarify and have on the record.

25           I agree that the Court is struggling -- that the

country is struggling.  There's no doubt about that.  I am not
deaf to all that has transpired in the past many years and the
tensions felt between the different branches of our
government.  I agree with that.  But what happened on
January 6th was not about free speech, and it was not about
assembly, and we are not here because you exercised your
rights of free speech or your rights to assembly.  We are here
because you participated in a riot, and you participated in
illegally entering our place of governance, and that caused
the peaceful transfer of power to not occur for the first time
in over 200 years of this country's history.  And people died
as a result.

        And, you know, I actually don't have the ability to
dismiss your case.  As a matter of law, I can't do that.  I
suppose I could impose no sentence and just let you walk.  But
I can't do that in fairness to what I think is the purpose of
sentencing, which I will discuss.  And it's not the Court's
job to assess who should be prosecuted and who should not be
prosecuted.  I have a sentencing today for a gentleman who was
in the Capitol, did absolutely nothing other than walk in.  He
was there for 16 minutes and then walked out.  Literally less
than you did.  And you did minimal things.  You were in there
I think 52 minutes.

        The government, the DOJ, has made a decision that it
has to prosecute everyone who it can that was there, and

1    that's their decision to make.  And it's a rational decision,

2    because it is true that one person does not a riot make.  But

3    you can't have a riot without people in it; right?  One rain

4    drop doesn't create a thunderstorm, but you can't have a

5    thunderstorm without rain drops.  So even though your part was

6    minimal, even though the gentleman's part today, this

7    afternoon, was minimal, I have to take into consideration the

8    government's decision, which I think is a rational decision,

9    to prosecute individuals who participated, whatever their

10   participation, because they contributed to the riot that

11   occurred.

12          Now, a lot of people have also said, and I've

13   heard -- in the last couple days actually, I've heard from

14   people that the Congress is our house, and that when we

15   disagree with our government, we have a right to rise up

16   against it.  And that our Founding Fathers would fully support

17   the idea of overthrowing what some would consider to be a

18   corrupt government.

19          And I just have to say, I think that this would be

20   quite news to the Founding Fathers.  I think that they would

21   think the exact opposite.  That was my gut.  And so I actually

22   went and did some reading in preparation for Monday and this

23   week.  And one of the halls leading to the U.S. House chamber

24   in the Capitol has a painting of George Washington along it.

25   I don't know if you were in that hall.  I don't think you

1    were.  And he was working on his farewell address, and he was

2    working on it with Alexander Hamilton.

3         I'm sure you know that George Washington's farewell

4    address is one of the seminal texts of our nation's founding.

5    It is read every year in the U.S. Senate.  I think one year a

6    Republican senator reads it and the next year a Democratic

7    senator reads it, but it's read every year, because the

8    hallmark of our democracy is the peaceful transfer of power,

9    and his farewell address was the opening salvo.  That was how

10   we were going to conduct our government.

11        So I went and reread the whole speech in preparation

12   for this week, and something leapt out at me in response to

13   what I just said.  He said, "The basis of our political

14   systems is the right of the people to make and to alter their

15   constitutions of government."  And that's true.  We can amend

16   our Constitution.  "But the Constitution, which at any time

17   exists, until changed by an explicit and authentic act of the

18   whole people, is sacredly obligatory upon all.  The very idea

19   of the power and the right of the people to establish

20   government presupposes a duty of every individual to obey the

21   established government."

22        And what he was saying was not we overthrew a

23   tyrannic monarchy in which we had no say, and so therefore,

24   anytime any citizens disagree, they can try to overthrow the

25   U.S. government.  What he was saying was, once we have

1    established, and we have established a constitutional

2    democracy, the way forward is not through arms, but the way

3    forward is through the political processes and the political

4    branches working with each other.

5          And so even those who felt that the election had

6    been stolen, even those who felt like the democratic process

7    wasn't working, didn't have a right to rise up.  That's why we

8    have three branches of government.  That's why we have a

9    Congress.  There were congressmen and women who were in that

10   Capitol that day who were representing the people who could

11   have addressed a stolen election if it had, in fact, been

12   stolen.  We had an Executive branch with the DOJ that was led

13   by the attorney general, hand-picked by Trump, Bill Barr, who,

14   by the way, at the time said there was absolutely nothing

15   wrong with the election.  And we have courts that, if there

16   were, challenges to the election could be made through the

17   courts.  As of January 6, 61 courts have had challenges before

18   them, and none of them had found any problems with the

19   election.

20         But even if they had, again, the answer is not

21   rising up against our government because we can do that or

22   whatever groups of citizens want to do that whenever they feel

23   they should or can or want to.  It is going through the

24   democratic process.

25         And during the Constitutional Convention, Benjamin

1    Franklin was asked, by a woman actually, "Well, Doctor, have

2    you got a republic or a monarchy?"  And his reply, which I'm

3    sure many of you have heard before is, "A republic, if you can

4    keep it."  And for 247 years, the Marines have protected our

5    ability to keep the republic.  And we almost certainly would

6    not have a republic were it not for the Marines and other men

7    and women in uniform who have fought countless battles

8    throughout our history.

9           So when those in uniform, who have taken an oath to

10   defend our country's core principles, instead rise up against

11   them, it puts the entire republic at risk.  And I'm going to

12   talk a lot today about your tremendous attributes, what a --

13   what immense character I think you have, all that you have

14   contributed and I think you will contribute to our country.

15   But I don't want you to lose my deep concern for what

16   happened.  And as I've told your two colleagues, I don't think

17   that what you all did was an aberration.  I don't think you

18   just got caught up in the moment.  I don't think it was out of

19   character.  In the sense of, there was something in you that

20   felt so strongly about something that it was triggered, and

21   you could be triggered, and you basically threw out your

22   character and your training and your oath because something in

23   you was triggered.

24          Unless you figure out what that something is or was,

25   maybe you already have, I don't know, but unless you do sort

1    of the hard work of figuring out what that is or was, and try

2    to address that, then what happened is going to happen again.

3    I mean, you're not going to riot in the Capitol again, I don't

4    think, but 10, 15, 20 years down the road, when today, which

5    seems like you will never, ever forget, is somewhat of a

6    distant memory, it will happen again if you don't address why

7    it happened in the first place.

8             And that's why I say it's not an aberration.  I'm

9    not impugning your character.  I'm not saying you're a bad

10   person.  I'm saying that there was something that was

11   triggered, and you need to figure out what that was so it

12   doesn't get triggered again.

13            All right.  So there are some things I have to say,

14   and I have a lot I want to say.  We are here for the

15   sentencing of the defendant, Joshua Abate, who has pled guilty

16   to one count of parading, demonstrating, or picketing in a

17   Capitol building, in violation of 40 U.S.C. 5104(e)(2)(G).  I

18   have received and reviewed the presentence report and

19   sentencing recommendations from the probation office that I

20   will share with the parties and the following documents

21   submitted by counsel in advance of the hearing:  The plea

22   agreement and statement of offense signed by Sergeant Abate,

23   sentencing memorandum from the government and Sergeant Abate,

24   including his military records, documented community service

25   hours, research paper, and more than 50 letters from family,

1    friends, fellow Marines, and Sergeant Abate himself.

2              And let me first begin with the presentence report.

3    The final presentence report and sentencing recommendation

4    were filed in this matter on September 5th, 2023.

5              Does the government have any objection to any of the

6    factual determinations set forth in the presentence report?

7              MS. MUMMA:  No, Your Honor.

8              THE COURT:  Mr. -- Sergeant Abate, are you fully

9    satisfied with your attorney in this case?

10             THE DEFENDANT:  Yes, Your Honor.

11             THE COURT:  Have you had enough time to talk to your

12   lawyer about the probation department's presentence report and

13   the papers filed by the government in connection with the

14   sentencing?

15             THE DEFENDANT:  Yes, Your Honor.

16             THE COURT:  All right.  You can be seated.

17             Mr. Dischley, have you and your client read and

18   discussed the presentence report?

19             MR. DISCHLEY:  We have, Your Honor.

20             THE COURT:  Okay.  Do you or Sergeant Abate have any

21   objection to any of the factual statements set forth in the

22   presentence report?  I know that there was a correction --

23             MR. DISCHLEY:  Judge, it's a minor discrepancy.

24             THE COURT:  He wasn't at the -- he wasn't at the

25   rally.

```
1              MR. DISCHLEY:  No, he was not at the rally, Your
2     Honor.
3              THE COURT:  Okay.  So that's one.  And the other one
4     was --
5              MR. DISCHLEY:  Whether or not they were chanting and
6     the slogans.  But again, it's a minor discrepancy, Your Honor.
7     I don't want that to overshadow any of the --
8              THE COURT:  Yeah, but you have a right to correct
9     it.
10             MR. DISCHLEY:  -- evidence that suggested that.  So
11    I noted those and, again, yes, there was like a minor --
12             THE COURT:  Okay.  And he picked up -- did he pick
13    up some piece of wood or something?
14             MR. DISCHLEY:  He picked up wood and a sign.
15             THE COURT:  What did the sign say?
16             MR. DISCHLEY:  He picked up a sign and a piece of
17    wood that were by the entranceway and just moved it out of the
18    way.
19             THE COURT:  Just moved them out of the way.
20             MR. DISCHLEY:  Yes, Your Honor.
21             THE COURT:  Okay.  All right.  And I saw that you
22    made an amendment to his military record.  I think like one
23    commendation had been left out, so I noted that.
24             All right.  So with those corrections made, I will
25    accept the factual recitation in the presentence report
```

1    regarding the circumstances of the offense, and therefore, the

2    facts as stated in the presentence report will be my findings

3    of fact for the purpose of this sentencing.

4            Now, Section 3553 requires me to consider a variety

5    of factors and the applicable penal statutes.  The charge of

6    parading, demonstrating, or picketing in a Capitol building

7    carries a statutory maximum of six months imprisonment.  The

8    statute considers a probationary term of up to five years.

9    The statute of conviction sets a maximum fine of up to $5,000.

10   A special assessment of $10 per count is mandatory.  18 U.S.C.

11   3663(a)(3) requires that I order Sergeant Abate to pay $500 in

12   total restitution in this case since the parties agreed to

13   that amount as part of the plea.

14           Are there any objections to my recitation of the

15   statutory framework?

16           MR. DISCHLEY:  Not for the defense, Your Honor.

17           THE COURT:  Okay.  All right.  Before I discuss the

18   other sentencing factors that will bear on my final decision,

19   I indicated that I would tell the parties the sentence the

20   probation office has recommended.  Six months probation, $500

21   restitution, and a $10 special assessment.  The recommendation

22   of the probation office is not based on any facts or

23   circumstances that have not already been revealed to the

24   parties in the presentence report.

25           And I would like to give the parties the opportunity

1    to address the Court.

2              Ms. Mumma.

3              MS. MUMMA:  Yes, Your Honor, the government's going

4    to rest on its memo for the purposes of the hearing today.  I

5    think you've heard everything I need to say in this matter.

6    We would amend our recommendation for Mr. Abate's sentence

7    based on the *Little* decision to only 21 days incarceration.

8              THE COURT:  Okay.  Mr. Dischley, do you or your

9    client have anything you'd like to say?

10             MR. DISCHLEY:  Your Honor, he does.

11             THE COURT:  Okay.  Mr. Abate, you can come

12   forward -- or Sergeant Abate.  I apologize.

13             THE DEFENDANT:  Thank you for this opportunity, Your

14   Honor.  I made many mistakes on January 6th, mistakes that I

15   cannot take back.  I am willing to take responsibility for

16   them, and that's what I intend to do.

17             I made many poor decisions that day, let down my

18   family and my friends, my fellow Marines, and my nation.  The

19   position I put myself in is unsatisfactory, and I promise the

20   Court I will never put myself in a similar position again.  I

21   only pray that I can be forgiven by those I've wronged and by

22   my nation.

23             As a man of faith, I'm embarrassed by myself for

24   putting myself short of the glory of God.  And I'm sorry, I'm

25   getting emotional.

```
 1            THE COURT:  No.  Go ahead.  Take your time.

 2            THE DEFENDANT:  And I will humbly embrace whatever

 3     form of justice this Court imposes.  Thank you for this

 4     opportunity.

 5            THE COURT:  Okay.  Thank you, sir.  You can be

 6     seated.

 7            Mr. Dischley, did you have anything you wanted to

 8     add?

 9            MR. DISCHLEY:  Judge, I just want to say that -- I

10     won't be long.

11            THE COURT:  You can take as much time as you want.

12            MR. DISCHLEY:  The way the Court addressed some of

13     those issues in the letters certainly were not our position.

14            THE COURT:  No, I know that.  I know that.

15            MR. DISCHLEY:  This is a challenging case, because

16     we have such a great young man, I think, in front of this

17     Court, who made the decision to be a part of January 6th.  And

18     I hope I stress in my sentencing memorandum that we agree with

19     the government's position.

20            And one thing I want the Court to know is that

21     Sergeant Abate had to endure my partner.  My partner was

22     appalled by the events of January 6th, as a conservative.

23            THE COURT:  Your law partner?

24            MR. DISCHLEY:  Excuse me?

25            THE COURT:  Your law partner?
```

1          MR. DISCHLEY:  My law partner, yes, Your Honor.
2     That's where the idea to have him write the essay came from.
3     My partner spent about an hour and a half on the phone
4     berating Sergeant Abate and essentially relaying some of the
5     sentiments that this Court had.  And the whole purpose of that
6     was to trigger his mind to think the thoughts that he should
7     have made at the time.
8          And so I mentioned that to the Court because I think
9     anybody who comes to us, especially in a situation like this,
10    we want them to leave better off.  And, you know, when you're
11    20 years old, 21 years old, 22 years old, and I'm not saying
12    he got caught up in the moment, but you can make decisions
13    that, when you're 40 years old, you look back and you go that
14    was a bonehead mistake.  I served in the Marine Corps.  I
15    actually served with Sergeant's Abate's father.  We were with
16    the 31st Marine expeditionary unit together.  When a fellow
17    Marine calls and says my son needs some help, you know, that's
18    what we do for one another.
19          THE COURT:  Sure.  Of course.
20          MR. DISCHLEY:  I also note, I've known Sergeant
21    Abate since he was --
22          15 years old?
23          THE DEFENDANT:  Yes, sir.
24          MR. DISCHLEY:  My wife wrote a letter to this Court,
25    where she talks about he was the caregiver for my special

1    needs daughter.

2            THE COURT:  I took note of that.  A number of people

3    talked about that.

4            MR. DISCHLEY:  And I can tell you, there was no

5    hesitation when we needed somebody to watch them.  I mean, he

6    had to change her diaper, he had to prepare food for her.  And

7    she was a little wild, so she's certainly a challenge.  But

8    not many 16-year-old boys would have rose to that occasion.

9    So it was no surprise when I kept in touch with Sergeant

10   Abate's dad and heard how well he was doing in the Marine

11   Corps.  And, quite frankly, he's a model Marine.  So --

12           THE COURT:  Not a model marine.

13           MR. DISCHLEY:  The -- January 6th --

14           THE COURT:  I mean, you can no longer say he was a

15   model Marine.  You might be able to say he's a model Marine

16   going forward.  I'm sure he will be able to say that, but, you

17   know --

18           MR. DISCHLEY:  Judge, I agree with you.  I get what

19   you're saying and I hear that.  It's because he did what was,

20   in terms of his Marine Corps service, what was required of

21   him, what was expected of him, and did that without fail.  He

22   made a mistake.

23           THE COURT:  He did fail.  I mean, I'm sorry, but he

24   did fail.

25           MR. DISCHLEY:  Judge, I'm being very careful with my

1    words, because I -- I agree with you.

2             THE COURT:  I know, but let me -- because this is

3    really important to me.

4             MR. DISCHLEY:  Yes, Your Honor.

5             THE COURT:  And I think he understands that.

6             MR. DISCHLEY:  He does.

7             THE COURT:  Yeah, I mean, he violated his oath.  And

8    you weren't here on Monday, and I won't go through the whole

9    thing.

10            MR. DISCHLEY:  Yes, Your Honor.

11            THE COURT:  And by the way, thank you for your

12   service.  And I noted that Sergeant Abate and most of his

13   family, I think his father and mother were in the service and

14   a number of his relatives are in the service and, all of you,

15   thank you for your service.

16            But on Monday, I went through a number -- and

17   Ms. White was here.  She can tell you.  We had a romp down

18   history of a number of battles that Marines fought under near

19   certain death and actual certain death circumstances and tens

20   of thousands of Marines who lost their lives because they

21   upheld their oaths in the face of near certain death.

22            Sergeant Abate violated his oath, and he was under

23   no threat whatsoever.  And what is so puzzling to me about all

24   three of these Marines, they are all upstanding young men,

25   right.  If Sergeant Abate was the person I had assumed him to

1    be before I heard about him, this would all make perfect sense

2    to me, and I would be like, eh, you know, what can you do?

3    But one of the reasons I've spent so much time on this case

4    and, frankly, spent a lot of time on the other two cases, one

5    of the reasons I read the letters so many times, is I'm trying

6    to understand how we got to a point as a society, as whatever,

7    that someone of his caliber and his character and his

8    dedication to country and the Marines could think that this is

9    what he should be doing.

10            I think that he thought that he should be there.

11    And I just -- you know, and maybe -- I mean, maybe this is

12    just an unanswerable question, and I think maybe it is

13    unanswerable and will be until Sergeant Abate does a lot of

14    work, you know, with talking to friends and family and people

15    like you and your partner.  I'm not suggesting that I need an

16    answer today, but I am suggesting that it's something that has

17    to, at some point, get as to an answer as Sergeant Abate can

18    get, for his own future.  Not for mine.  It's not going to

19    affect me one way or the other.

20            MR. DISCHLEY:  And I guess the one thing I want the

21    Court the realize is sometimes in making a Marine, a man, you

22    know, these mistakes that they make -- and this was a big one,

23    this was a huge one -- it makes them a better person moving

24    forward.  Because I think the Court can acknowledge from his

25    background, he lived -- you know, he was a good child, a good

1    kid going -- coming from high school going into the Marine

2    Corps and served the best way he knew how in the Marine Corps

3    with the exception of January 6th.  And -- but that this

4    experience won't be lost on him.  And whether the Marine Corps

5    decides to keep him or whether he gets out, his experience --

6              THE COURT:  I thought the Marines had made a

7    decision to keep him.

8              MR. DISCHLEY:  They -- he has a -- we're trying to

9    schedule separation hearings as we speak.  They have given him

10   all the notices that they're going to try to separate him.

11             THE COURT:  Oh.

12             MR. DISCHLEY:  He has to have the board, and the

13   board has to vote.  He has not gone through that process.

14   He's also in the process of a security clearance revocation.

15             THE COURT:  Okay.

16             MR. DISCHLEY:  And he has -- this is the first step

17   in pretty much all his processes moving forward.

18             THE COURT:  Okay.

19             MR. DISCHLEY:  But the one thing that I -- having

20   known Sergeant Abate as well as I do, and having talked to him

21   about this, is that completely -- you know, in the two years

22   that have gone by, the reflection and hindsight that he has

23   now, you know, I think he would question why was he even

24   there.

25             And that's not as a result of the consequences of

1   what's going on.  It's a result of looking -- and that's why

2   we had him write the research paper, looking at what were the

3   facts on January 6th that he should have known, you know, and

4   should have known to stay home.  You know --

5          THE COURT:  Why do you think he didn't know that?  I

6   mean, he's a smart guy.  Like why do you think he didn't --

7   I'm not casting aspersions.  I'm generally like troubled and

8   curious.

9          MR. DISCHLEY:  Judge, when I was in the Marine

10  Corps, if something like that was going on, I mean, I would

11  have expected my superiors to say, you know -- because there

12  would have been some interest from fellow Marines, and just,

13  stay home, you know, nothing good's going to happen, you know.

14  And unfortunately, he didn't get that guidance.

15         So I'm not saying that that --

16         THE COURT:  Yeah, no, no, I hear you.  I hear you.

17         MR. DISCHLEY:  I can tell you, me and his dad,

18  having served together, you know, we were told plenty of times

19  like, you know, don't go here, don't do this, and you don't

20  go, you know, because that's your role as a Marine.

21         They weren't told that in this area.  I think some

22  other units in --

23         THE COURT:  But why do you think he thought that

24  the -- I mean, my understanding is he thought the election was

25  stolen.  Why do you think he thought that?  Because he's an

```
 1    incredibly bright guy.  Maybe there's no answer.  I mean,
 2    maybe it's --
 3            MR. DISCHLEY:  Look, Judge, I'm going to reflect on
 4    some of my personal experience.
 5            THE COURT:  Sure.
 6            MR. DISCHLEY:  Because as I watched January 6th
 7    unfold on TV that day, he's not the only one of my fellow
 8    Marines and friends that were there.
 9            THE COURT:  I know.  That's why I'm particularly
10    troubled.
11            MR. DISCHLEY:  And it's -- and my immediate response
12    was why wouldn't you just stay home regardless of -- you know,
13    like nothing good's going to come of that.
14            I think I have the benefit of being a lawyer,
15    understanding our Constitution to a degree that the layperson
16    doesn't.  But so many people took their sources of information
17    from one media source.  I had the benefit of working in the
18    intelligence community.  So if FOX news says it or CNN says
19    it, I'm going to read the BBC, I'm going to read The
20    Economist, I'm going to read various different sources.  And I
21    like to pull facts, right, what are the facts across the
22    board.  I think the average American doesn't do that.
23            My parents are great -- they used to love FOX news,
24    right, and that's all they watch when they come down.  My wife
25    always looks at me and says, "FOX news is on."  And you hear
```

1    the conversations, and they're reiterating what these talking

2    heads are saying.

3            And so depending on where you're getting your news

4    from and -- our then-President wasn't helping the situation.

5    And so, you know, and if you were supportive of his positions,

6    you know, just as if presidents in the past, you know, John

7    Kennedy, John F. Kennedy or Ronald Reagan --

8            THE COURT:  By the way, there's a new JFK biography

9    that came out a two years ago by Frank Lovegill (sic).

10           MR. DISCHLEY:  Yes, Your Honor.

11           THE COURT:  Volume I.  It's like his life up until

12   he ran for President.  It was a phenomenal biography.  So if

13   anyone is interested in biographies or JF- -- I wasn't like a

14   big -- I never read a JFK biography before.  It's not like I

15   read all his biographies.  I picked this one up because it got

16   such great reviews.  But it really is a phenomenal book.  It

17   really does tell you a lot about America in the 20th century.

18   It would be a -- and politically, it would actually be a

19   really interesting book, I think, for a lot of people to

20   read.

21           MR. DISCHLEY:  Thank you for that, Your Honor.

22   Actually, I'll check that out because I'm a big biography

23   person.  But, you know, when you --

24           THE COURT:  It's just called JFK.

25           MR. DISCHLEY:  When you look at the amount of power

1       that the President wields, and how, you know, if you're a

2       supporter of him, you're going to listen to him and maybe not

3       fact check, you know.  And I think that's where our country is

4       so divided right now, is we want to consume media, but we

5       don't want to do the work to say, is this true.  And if you

6       put in just a little bit of effort about whether the election

7       was stolen, you would say, well, reasonable minds are

8       differing on this, and I don't have enough information to say

9       it was or to say it wasn't, I think would have been a

10      reasonable position on January 6th with a leaning towards, I'm

11      pretty confident it wasn't, right.

12              THE COURT:  Uh-huh.

13              MR. DISCHLEY:  So my partner, who dug deep on the

14      issue, my law partner, he, you know, would have told you on

15      January 6th, there's no evidence to support that.  It's a

16      bunch of rhetoric.  You know, but our citizenry relies on our

17      media, and we rely on the statements from those in power,

18      judges, our congresspeople, you know, our President.  And if

19      you don't peel back the onion a little more, you can find

20      yourself easily swayed one way or the other.  So that's a long

21      explanation for how I think somebody like Sergeant Abate could

22      be wrapped up in this.

23              I also think there was the group of -- the peership

24      that he had, because they were friends, Coomer and Hellonen,

25      and that plays a big role in how you form your views and your

opinions.  You know, you may not -- you know, somebody may say

something to you, and you may take that and not fact check it

because you trust that individual.  And so I think it was just

one of -- it was a perfect storm of events, rhetoric, media

coverage, and personal opinions that just led to this really

poor decision to be there.

        And again, there's -- I really did not want to get

to excuses or justifications, because there really is none,

you know.  And I noticed in my sentencing memorandum, I agree

with the government a lot and, you know, that was in talking

to Sergeant Abate, because he recognizes that valid position

that the government's taking.  And, you know, I think it

opened a lens for him, again, especially since he was charged

but over the last two years, saying, you know, I think he's

got a bad taste in his mouth about politics overall.

        THE COURT:  I imagine he does.

        MR. DISCHLEY:  You know, and I think that's why his

focus is on his family, his faith, you know, his

three-month-old daughter, because --

        THE COURT:  I don't think, by the way -- I mean, I

imagine he does have a bad taste in his mouth about politics.

But I hope it doesn't last.  I mean, I do think it is

important for our citizens to be engaged in politics, right.

So I had no problem with everyone who was at the Stop the

Steal rally.  I mean, obviously I don't think it's going to be

1    a shock to anyone in this room that I disagreed with what was

2    being said there.  I don't, you know -- it my pre-judicial

3    life, so I think I can be honest about that.  But I had no

4    problem with them being there.

5            I mean, I actually think it's important for people

6    to participate in our democracy.  I think it's important for

7    people to go to rallies if they want to go to rallies.  I

8    think it's important for people to voice their opinions if

9    they have opinions.  I don't -- I hope the takeaway isn't to

10   disengage from politics for the rest of one's life.  I hope

11   the takeaway is being a responsible citizen does mean

12   participating in politics, but it also means participating in

13   politics responsibly.

14           MR. DISCHLEY:  Yes, Your Honor.  And I think if had

15   they made it in time for the rally, you know, maybe that would

16   have changed the course of the events, because a lot of people

17   came to the rally and went home.  But a lot of people didn't.

18   And that's why we're here today, is for those that didn't.

19           So, Judge, I just wanted to address that.  I had

20   prepared the remarks, but I think the Court's touched on a

21   majority of everything that I prepared.  You know, and it's my

22   understanding both his co-defendants received four years of

23   supervised probation, 279 hours of community service.  I did

24   want to ask the Court to do less supervised probation.  I know

25   that's probably going to fall on deaf ears based on how the

1    Court opened up today.

2            THE COURT:  No, no, what I told them was -- no, what

3    I told them -- and I've been struggling.  I think Mr. Abate --

4    Sergeant Abate is in a slightly different position.  I

5    don't -- he didn't carry the flag, he didn't call for civil

6    war after.  I mean, I do think he's in a slightly different

7    position.  So I have been struggling with whether he should

8    even get 279 hours of community service.  But what I told them

9    and what I will tell him is that whatever probation I impose,

10    if the community -- he's not going to prison.  He's going to

11    get community service.

12            MR. DISCHLEY:  Yes, Your Honor.

13            THE COURT:  If he finishes the community service

14    sooner, then he can petition me to end the probation sooner.

15    The only reason I gave that long was so that people didn't

16    feel like they had to do all the community service in one

17    year, because it was a lot.  So if he finishes in one year or

18    finishes in two, and he has no other problems, all you have to

19    do -- I'm going to keep jurisdiction of the case.  All he'll

20    have to do is petition to end the probation.  And assuming

21    there's violations, I will end it.

22            MR. DISCHLEY:  Well, that's good news, Your Honor.

23            THE COURT:  I mean, if he wants me to give him less

24    probation from the get-go, that's fine, but then he'll have

25    less time to complete the hours.  That's the only thing I was

1    trying to give people flexibility on.

2            MR. DISCHLEY:  Judge, I can tell you, I talked to

3    Sergeant Abate about the hours, and I don't think it's the

4    hours are the problem.  And actually, I love the Court's logic

5    as to how you came to that number of hours.

6            THE COURT:  Well, you're one person.

7            MR. DISCHLEY:  I'm sorry?

8            THE COURT:  You're one person.

9            MR. DISCHLEY:  I thought it was very clever and

10   grounded in fact.  I mean, you know, I had to fact check you

11   and make sure that that was the casualties of the Marines in

12   the Civil War, and it comes right up on the Marine Corps

13   website as to, you know, that that's the number.  I was going

14   to ask him to give him credit for the hundred hours he's

15   previously served.

16           THE COURT:  I'm going to do that, yeah.  I had

17   already come to that -- that is how I'm going to justify in my

18   head giving him less time.  I'm going to give him credit for

19   the hundred hours he already did.

20           MR. DISCHLEY:  And I was going to ask the Court for

21   two years of supervised probation and challenge him to get the

22   community service done within one year.

23           THE COURT:  That's fine.  Well, look, again, I don't

24   think these guys need to be on probation.  The only reason I'm

25   putting them on probation is because I need someone to keep

1    track of the hours, and that's the only way to do it.  And I

2    only gave four years so that people would have flexibility.

3    If he wants two years, if he wants one year, I mean, what we

4    can do is I can give him two years and if he gets finished

5    early, you can petition earlier.

6                MR. DISCHLEY:  Judge, I think that would be the most

7    reasonable thing.  I know he would probably like less than two

8    years.

9                THE COURT:  I mean, I can give him one year now, but

10   then he has to finish the 179 in one year.

11               MR. DISCHLEY:  He indicates that he would prefer one

12   year and he can do the 179 in one year.

13               THE COURT:  Just be clear, if he doesn't, it will be

14   a violation of his parole -- probation.

15               MR. DISCHLEY:  Judge, I'm confident that Sergeant

16   Abate will get any amount of community service done in any

17   time period that the Court has.

18               THE COURT:  Okay.

19               MR. DISCHLEY:  Judge, and I think the Court's done

20   this with the other cases, is waiving the firearms

21   restrictions in the course of their military service.

22               THE COURT:  Yup, he just can't have a firearm at his

23   house because in case probation comes by.  And I've also

24   waived the travel restrictions.

25               MR. DISCHLEY:  That was going to be my --

1          THE COURT:  And ordered his passport to be

2    returned.

3          MR. DISCHLEY:  And, Judge, the only thing I would

4    say is if he is retained by the Marine Corps, that -- and I

5    think probation has the ability to do this, but give probation

6    the authority to transfer probation to wherever he may be

7    assigned in the Marine Corps.

8          THE COURT:  I don't know if they have authority to

9    do that or I have to do it, but I guess I can -- right now,

10   where is he?

11         MR. DISCHLEY:  He's stationed at Fort Meade.

12         THE COURT:  What district is that?

13         MR. DISCHLEY:  District of Maryland.

14         THE COURT:  All right.  So I'm going to transfer

15   this to the District of Maryland.  I guess I can enter an

16   order that if he has to be moved because of military reasons,

17   the transfer will go to that probation department so you don't

18   have to come back to me.  I don't know if I have the authority

19   to do that so if I don't, he'll just have to come back to me,

20   but I'm going to keep jurisdiction.

21         MR. DISCHLEY:  Yes, Your Honor.  So I was just

22   thinking because he's on a special assignment at Fort Meade,

23   and I don't anticipate they're going to keep him up there, I

24   think they're going to send him back to Quantico, or they may

25   send him to Camp LeJeune, just to avoid having to come back to

1    the Court if the Court put that in its order.

2              THE COURT:  Yeah.

3              MR. DISCHLEY:  Those were going to be our requests,

4    Your Honor.

5              THE COURT:  Okay.  All right.  Well, you can have a

6    seat.

7              MR. DISCHLEY:  Thank you, Judge.

8              THE COURT:  All right.  Ma'am, do you want anything

9    else?

10             MS. MUMMA:  No, Your Honor.  Thank you.

11             THE COURT:  Okay.  All right.  I must now consider

12   the relevant factors set out by Congress in 18 U.S.C.

13   Section 3553(a), and ensure that I impose a sentence

14   sufficient, but not greater than necessary, to comply with the

15   purposes of sentencing.  These purposes include the need for

16   the sentence imposed to reflect the seriousness of the

17   offense, to promote respect for the law, and to provide just

18   punishment for the offense.  The sentence should also deter

19   criminal conduct, to protect the public from future crimes by

20   the defendant, and promote rehabilitation.

21             I must also consider additional factors such as the

22   nature and circumstances of the offense, the history and

23   characteristics of the defendant, the need for the sentence

24   imposed to reflect the seriousness of the offense, the types

25   of sentences available, the need to avoid unwarranted

1    sentencing disparities among defendants with similar records

2    who have been found guilty of similar conduct.

3          (Brief pause.)

4          Sorry.  I have considered -- and the need to provide

5    restitution to any victims.  I have considered all of these

6    factors when deciding what the appropriate sentence is in this

7    case, and I will discuss some of them now.

8          I'm not going to go back into the nature of the

9    offense in the sense of the riot at the Capitol.  I think

10   we've discussed that at length.  So I did -- you know, since

11   I've talked a lot about what I think -- what I thought and

12   think went wrong on January 6, I do want to say a few other

13   things about Sergeant Abate for the record and for his friends

14   and family and for him, who are here.

15         He is 23 years old.  He grew up in a stable family

16   with a long history of military service to this country.  Both

17   his parents and his brother served in the military, his mother

18   in the Navy and both his father and brother in the Marine

19   Corps.  His maternal grandfather served in the Navy, and his

20   great-grandfather was a World War II veteran, in addition to

21   many other cousins, aunts, and uncles.  I want to underscore

22   this Court's appreciation for everyone, including Sergeant

23   Abate's service to this country, that we don't have a

24   democracy if people aren't willing to serve and put their

25   lives on the line so that the rest of us can have our

freedoms.

Sergeant Abate joined his high school JROTC program. He excelled and received the second highest rank.  And even with this busy schedule and at a young age, Sergeant Abate found time to care for others in his life.  He babysat other children and took on a special role looking after his younger brother, driving him to school, preparing meals, and helping with homework.  After graduation, Sergeant Abate immediately enlisted in the USMC, the U.S. Marine Corps.  He specialized in signals intelligence and electronic warfare, and served as a primary marksmanship instructor.  Sergeant Abate also earned an associate degree from American Military University, achieving As in most classes.  Most notably, Sergeant Abate earned a Commendation Medal and a Certificate of Commendation for his exceptional service, among other recognitions, and was promoted to sergeant six months before he was eligible.  To top it off, he earned a black belt during his service as well.

The Court has received more than 50 letters.  They are glowing.  In one, his mother asks the Court to peek at her son through her eyes and the eyes of everyone who knows him. Through that lens, the Court sees a devoted husband, father, brother, friend, community member, and Marine.  Sergeant Abate's mother writes that "He was always a good kid and has become an amazing husband, father, brother, and Marine.  If Josh was not my child, I would still be writing this letter

about what a special human he is, and consider myself blessed to know him.  Thankfully, I get to be his mama, and I wouldn't trade that for anything in the world."

His sister-in-law and sisters are harsh critics, writes, "I hope that one day the man I married treats me the way that he has always treated my sister.  He is always a perfect gentleman to her.  You would think their relationship is from a movie.  If Ashley or my niece, I.A. wanted the stars, he would pull them from the sky.  He has always treated me like his own sister."

The mother of a childhood friend wrote, "Even though I'm a strong liberal, I would never consider Josh to be a threat.  I truly believe that he is just fundamentally good, a good friend, a good son, a good soldier, a good husband, and now a good father."

Another, "What I want to convey in this letter is that Sergeant Abate has consistently demonstrated qualities that are not only admirable but also truly rare in a young man.  Joshua is a person of unwavering honor and integrity. Throughout his life, he has shown an unyielding commitment to honesty, ethics, and doing what is right.  His moral compass has guided him to make choices that benefit him and contribute positively to those around him."

Sergeant Abate's commitment to the military and deep appreciation for others who have served also comes across in

his letters.  One wrote, "He has also served his country with
excellence and distinction, because he cares deeply for
America and for all of our families.  It is the same love that
inspired the conduct that has won him the Navy and Marine
Corps' Commendation Medal, the Meritorious Unit Citation, a
Good Conduct Medal, a National Defense Service Medal, and a
Global War on Terrorism medal, and also impressed his
superiors so much that they promoted him to sergeant
meritoriously.  His is the kind of love for neighbor and
country and community that drives him to spend 80-plus hours
of community service on a volunteer basis.  He is a living
representation of the Marines motto, 'Always faithful.'"

          Yet another recalled that, "As a member of JROTC,
Sergeant Abate did over 100 Color Guards to honor the American
Colors and those who served for them to continue to fly, as
well as over 25 military funerals, where he either folded the
flag before it was presented to the grieving family, or was on
the firing party to give the deceased a proper military
sendoff that they deserved."

          Another, a Gold Star mom whose son was killed in
action in April 2011, and the Court's deep appreciation to her
family and her son's service, wrote, "Over the next years,
many Marines crossed my path.  All were respectful of me.
Only a handful have kept in touch with me over the years to
make sure that I was and continue to be okay.  I've even

visited with them in my travels to different states.  Some
didn't know Sean personally but understood the effects that
the loss of a child can have, ones that truly care about the
person.  Josh is one of those caring people.  In short, I have
met many Marines that are truly good Marines and good people.
Josh is one of those Marines, good Marine, good people."

His father wrote, "When Josh joined the Army JROTC
program in high school, he exceeded expectations.  He achieved
the second highest rank, and his dedication led him to hold
vital positions.  Notably, his unit was recognized as a Gold
Star school, entrusted with military burials, solemn
ceremonies.  His ability to honor those who serve demonstrated
his maturity beyond his years.  Additionally, Josh's
involvement in Honor Flights showcase his pride in the nation
and its veterans.  Amid these commitments, he still found time
to assist with his younger brother's care, reflecting his
responsible and caring character."

Letters from his fellow Marines reflect the same.
One wrote, "Prior to being stationed at Marine Corps base
Quantico this year, I was in Japan.  I was on the opposite
side of the world and away from all my friends and family.
But out of all the friends and family that I have, Sergeant
Abate was most often checking in on my, calling and messaging
me."

Another shared, "I vividly recall the day Sergeant

Abate was promoted to the rank of Sergeant.  At that time, and still to this day, I maintain that he is one of the most deserving individuals I have encountered.  His qualities of leadership, integrity, and dedication are emblematic of the Marine Corps' highest standards."

A supervisor noted that, "Sergeant Abate was always one of my most disciplined and steadfast Marines."

Another supervisor noted -- I'm sorry, supervisee noted, "When I first joined my unit, I was eager but inexperienced, unsure what to expect.  Sergeant Abate was the first person to show me what a truly exceptional leader embodies.  His unwavering commitment to his duties, his team, and his unwavering support for his fellow Marines left an indelible impression on me from the very beginning."

Another, "Beyond the professional environment, Sergeant Abate made it clear that he was more than just my sergeant but a brother I could depend on.  When I moved out of the barracks with my wife, he was the first one to visit.  When my wife had a miscarriage, he was the one that gave me the time and space I needed.  If not for Sergeant Abate, I guarantee I wouldn't be where I am in life today."

But perhaps the most important are words from one of his mentors and leaders, Gunnery Sergeant Michael Wilson.  "I have served this nation in combat in Afghanistan.  The highest praise I could give someone is to say that I would want them

next to me in a combat zone.  I would take Josh with me
without hesitation."

         Others letters -- other letters show that same
selflessness extends beyond the Marines.  A family friend
recalled an encounter with Josh at a high school football
game.  She wrote, "I worked as a volunteer in the concession
stand.  When Josh got far enough up the line to see that I was
lifting heavy cases of sodas, he got out of line, went around
the back of the building and asked the other volunteers if he
could come inside and help.  He walked right up to me, took
the case of sodas out of my hands and asked where to put it.
He asked his commanding officer if he could help me finish and
report back when we were done.  He helped me and two other
moms with some heavy lifting, then literally ran back to his
JROTC station.  From then on, at every home football game,
when he came to the concession stand, he asked if there was
anything he could do to help, and we frequently took him up on
it.  His fellow JROTC members heard him and saw him but never
volunteered to help like Josh did."

         Another shared that at 16, Sergeant Abate agreed to
take on the challenging responsibility of looking after her
special needs daughter as her babysitter.  She described him
as an invaluable presence in her daughter's life.

         His mother-in-law, other harsh critics, described
him as selfless and committed to every task given when asked

1    and when not asked and shared that on his visits home,

2    Sergeant Abate would make it a point to stop and visit with

3    her elderly parents and intellectually disabled, blind brother

4    before returning to base.

5            His father-in-law noted that, "He has not spent a

6    day in my home without finding a way to help either myself, my

7    wife, or my four-year-old son, who was an infant when he met

8    Josh.  He has taken it upon himself to keep our lawn mowed,

9    split and haul firewood, take out the trash, change diapers,

10   wash dishes, cook, clean, and run errands to help out my

11   family.  Wherever we have needed assistance, he is the first

12   to volunteer."

13           Another wrote, "I have seen him take time out of his

14   busy schedule to go hunting with my 15-year-old grandson, as

15   well as fishing with him.  He has sat an many ball games,

16   watching my grandchildren play football and baseball after

17   working that day and then driving down to Lynchburg to be with

18   family."

19           Many of the letters reflect Sergeant Abate's remorse

20   for his participation in the events of January 6.  Sergeant

21   Abate has expressed remorse here today and in his written

22   submissions to this Court.  Remorse which I know is heartfelt.

23           The research paper and letter that Sergeant Abate

24   submitted demonstrates his reflection and growth.  There,

25   Sergeant Abate acknowledges the absolute importance of our

1   nation's peaceful transition of power, and he recognizes the

2   role that election misinformation played in the January 6th

3   insurrection.  Sergeant Abate aptly sites the Brennan Center's

4   research that someone is more likely to be struck by lightning

5   than commit voter fraud.

6           Together, these statements show that Sergeant Abate

7   understands both the personal and societal impact of his

8   actions.  One of the things I have to consider is the type of

9   sentencing available and other potential sentencing

10  disparities.  I am convinced that prison is not appropriate

11  here.  I do believe that community service is appropriate, and

12  I am requiring a number of hours somewhat greater than the

13  average that I have seen.  I am doing so because I agree that

14  Sergeant Abate's status as an active duty Marine warrants

15  additional censure.  Sergeant Abate took an oath.  He did that

16  voluntarily.  With that oath came the honor and privilege of

17  serving as a U.S. Marine, and I think violating that warrants

18  something more than the norm.

19          So for these reasons, I find that probation is

20  sufficient, but not greater than necessary, to reflect the

21  seriousness of the offense, promote deterrence, to protect the

22  public from future crimes that may be committed by others, and

23  to avoid unwarranted disparities among defendants convicted of

24  similar crimes.  So therefore, based on my consideration of

25  all the 3553(a) factors, I will now state the sentence to be

imposed.

It is the judgment of the Court that you, Sergeant Abate, be sentenced to one year of probation.  You will recall that there were 279 Marine casualties during the Civil War.  I therefore also order you to perform 279 hours of community service during the term of your probation.  I am crediting the 100 hours of community service that you have already done.

So, Probation, those should be credited, and he will only be required to serve 179 more hours.

You can choose the community service, but it must be approved by me.  You can coordinate that approval through the probation office.

I am requiring you to pay a $10 special assessment to the clerk of the Court.  That must be done -- well --

MR. DISCHLEY:  Judge, he can take care of that today.

THE COURT:  All right.  And it's the same thing for $500, or do I need to read the whole thing?

MR. DISCHLEY:  Yes.

THE COURT:  Okay.  All right.  So the $500 in restitution to the Architect of the Capitol.  Your probation will include the mandatory conditions set forth in 18 U.S.C. 3563(a), which will include that you cannot commit another crime, unlawfully possess a controlled substance, and the mandatory drug testing required by statute, among any

1    applicable and mandatory conditions.

2         With respect to the conditions of probation, I

3    incorporate, by reference, the standard conditions set forth

4    in pages 13 to 15 of the presentence investigation report with

5    the following exceptions.  One, since you're not in prison,

6    you don't have to report to the probation office within

7    72 hours, but you do have to report within 72 hours of today,

8    unless your probation department instructs you otherwise.

9         Second, I will not require you to get permission to

10   travel, but you do need to notify your supervision officer in

11   advance of any travel that you intend to take.  I'm ordering

12   that his passport be returned to him.

13        I will waive the mandatory drug testing conditions

14   because there is no indication of any issues with substance

15   abuse.

16        With respect to firearms, as discussed, he's

17   entitled to have firearms and to use firearms in connection

18   with his employment.  He is not allowed to have firearms in

19   his house.  If he needs to have them in his house, then you

20   guys have to work that out with probation to ensure that

21   there's a safe means for them to get there.  I don't imagine

22   that probation will have any problem with Sergeant Abate, but

23   we just have to do this for everyone, because we never know

24   when something might happen.

25        So I'm transferring supervision to the District of

1    Maryland.  If he moves with his Corps, that if I'm -- if I
2    have the authority, that supervision will transfer with him.
3    Someone will tell me if I don't and if not, you guys will have
4    to come back and get approval from me.
5                   Ma'am.
6                   PROBATION OFFICER:  Your Honor, may I speak to that?
7                   THE COURT:  Sure.
8                   You can be seated, sir.
9                   PROBATION OFFICER:  Good morning, Your Honor.
10                  THE COURT:  Good morning.
11                  PROBATION OFFICER:  Probation Officer Sherry Baker.
12   Defense counsel had represented earlier that his client was in
13   the process of military separation proceedings.  And
14   considering that we don't know the outcome of that, then yes,
15   I concur about his supervision being transferred to Maryland.
16   But if he moves after that, probation can handle that
17   administratively.
18                  THE COURT:  Okay.
19                  PROBATION OFFICER:  So I don't think that that's
20   something the Court needs to deal with today, but just --
21                  THE COURT:  Terrific.
22                  PROBATION OFFICER:  -- his supervision being
23   transferred to Maryland today.
24                  THE COURT:  Okay.  So just make sure you keep
25   Maryland apprised, and they'll do what they need to do.  Okay?

1              MR. DISCHLEY:  Your Honor, the -- he spends a lot of

2    time at his in-laws' house in Virginia, and even though he's

3    stationed at Fort Meade, because of the --

4              Well, it's just because you're on paternity leave,

5    right?

6              THE COURT:  Where do you want the supervision to be?

7              THE DEFENDANT:  Preferably Virginia, Your Honor.

8              THE COURT:  Okay.  What district?

9              MR. DISCHLEY:  Judge, it would be the Eastern

10   District.

11             THE COURT:  Any problem with that?

12             MR. DISCHLEY:  Sorry for this, Your Honor.

13             THE COURT:  No, no, it's fine.  He's stationed at

14   Fort Meade, but because of his duties right now, they have a

15   lot of flexibility.  That may change after today.

16             PROBATION OFFICER:  It should be where his current

17   residence is, and his current residence is in Maryland.

18             MR. DISCHLEY:  It's Fort Meade, Maryland.  So,

19   Judge, I think it's appropriate to send it to Maryland, and

20   they'll just have to adjust and make --

21             THE COURT:  I mean, but there's --

22             PROBATION OFFICER:  The Court has -- there's travel

23   restrictions.

24             MR. DISCHLEY:  Exactly.  So --

25             THE COURT:  But, hold on, everyone stop talking.

1          How long is it from Virginia to Maryland if he has

2    to drive to check in?

3          THE DEFENDANT:  Without traffic, it's 45 minutes to

4    an hour, Your Honor.

5          THE COURT:  Oh, okay.  Well, all right, then let's

6    keep it in Maryland.  If you move, it will go wherever you

7    move to, okay?

8          THE DEFENDANT:  Yes, Your Honor.

9          PROBATION OFFICER:  Thank you, Your Honor.

10          THE COURT:  All right.  Notice of appeal, pursuant

11    to 18 U.S.C. 3742, you have a right to appeal the sentence

12    imposed by this Court, subject to certain rights of appeal you

13    waived as part of your plea agreement in this case.  If you

14    choose to appeal, you must file an appeal within 14 days after

15    the Court enters judgment.  If you're unable to afford the

16    cost of an appeal, you may request permission from the Court

17    to file an appeal without cost to you.

18          All right.  I have one more thing I want to say,

19    which will take a few minutes, but you can be seated unless --

20    Sergeant Abate or Mr. Dischley, or government, if any of you

21    all want to say anything final, you can.

22          MS. MUMMA:  Nothing, Judge.

23          MR. DISCHLEY:  Judge, I just want to say thank you

24    for your thoughtful consideration in this case.  I think the

25    Court really hit the nail on the head with what the issues

1    were, and I'm very grateful for how Your Honor addressed this

2    case particularly, so thank you, Your Honor.

3          THE COURT:  All right.  Thank you.  And thank you

4    for taking the case.

5          So of all the letters and of everything I read, one

6    of the things -- one thing struck me most powerfully, out of a

7    lot of things that struck me very powerfully, and it was an

8    excerpt from Sergeant Abate's letter to the Court.  He wrote,

9    "While my future is now vastly unknown, pending the outcomes

10   of my civilian and military judicial processes, the singular

11   day that I know will come and fear the most is the day I have

12   to explain my history and my involvement in history to my

13   daughter.  I understand that every individual has a unique

14   story that has brought them to where they are today, but as it

15   stands, I have a long way to go until I feel as though my

16   story has more good than bad."

17         Sergeant, I think you're right.  I think that the

18   day that you have to tell your daughter about what happened on

19   January 6th and your participation in it will probably be one

20   of the most difficult days for you as a father.  I also think

21   it will be one of your best parenting days ever, in the sense

22   of what you're able to convey and how you're able to be a

23   parent on that day.  Because I think what you'll be able to

24   tell your daughter is people make mistakes.  And what's your

25   daughter's name?

1          THE DEFENDANT:  I.A.

2          THE COURT:  I.A.  And you, I.A., will make mistakes,

3    and you might make life-altering mistakes that occur in less

4    than an hour.  And when you make those mistakes, I know from

5    personal experience that your family and friends will be there

6    for you.  And I know from personal experience that there's

7    going to be another -- there's going to be a day after and a

8    day after that, and there's going to be a time when you're

9    able to put this behind you.  And you're going to be able to

10   teach her about how to take responsibility for your mistakes,

11   how to own up for them, how to apologize for them, and how to

12   make up for them.

13          And I think, maybe most importantly, what you're

14   going to be able to talk to your daughter about is, is what it

15   really means to be a citizen of this country and what it means

16   to be a patriot and American.  I think maybe -- I hope, I

17   think you do, have a better understanding today of what that

18   means and what your oath means as a Marine than maybe you did

19   three or four years ago.

20          So while I don't envy you that day, a part of me

21   envies your daughter a little bit that day.  I think she's

22   going to be a stronger, better person, who's going to respect

23   you more as a person, as a father, than a lot of kids are

24   going to get.  And I think that that's something that will

25   make her someone, who I'm sure you're already proud of, but

1    even more proud of.

2           So I would like to thank also everyone who came to

3    the court today and who took the time to write letters.  It

4    really does make a difference.

5           Sergeant Abate, I wish you all the best.  I think

6    you have a lot to contribute to this country, whether in

7    uniform or out of it.  And I very much hope in the future we

8    can somehow meet under different circumstances, because I

9    think you would be someone who would be really terrific to get

10   to know.  Thank you.

11          And, Ms. Mumma, thank you very much.

12          (The proceedings were concluded at 11:36 a.m.)

13

14          I, Christine Asif, RPR, FCRR, do hereby certify that
     the foregoing is a correct transcript from the stenographic
     record of proceedings in the above-entitled matter.

15

16          _____/s/_____
                      Christine T. Asif
17                    Official Court Reporter

18

19

20

21

22

23

24

25

< Dates >.
April 2011,
   37:21.
January  17:17,
   22:3.
January 6,
   34:12.
January 6, 61
   10:17.
January 6.
   41:20.
January 6th
   7:5, 19:13,
   23:3, 24:6,
   26:10, 42:2,
   48:19.
January 6th,
   16:14, 17:22,
   26:15.
September 5th,
   2023.
   13:4.
$10 15:10,
   15:21,
   43:13.
$5 15:9.
$500 15:11,
   15:20, 43:18,
   43:20.
.
.
< 0 >.
000 15:9.
.
.
< 1 >.
10 12:4.
100 37:14,
   43:7.
1000 1:28.
10:35 a.m.
   1:12.
11 50:12.
13 44:4.
1301 1:27.
14 47:14.
15 12:4, 18:22,
   44:4.
15-year-old
   41:14.

16 7:21,
   40:20.
16-year-old
   19:8.
179 31:10,
   31:12,
   43:9.
18 15:10,
   33:12, 43:22,
   47:11.
.
.
< 2 >.
20 12:4,
   18:11.
200 7:11.
20001 1:44.
20110 1:37.
202 1:45.
2023 1:11.
20530 1:29.
20th 25:17.
21 16:7,
   18:11.
22 18:11.
23 34:15.
23-0144-ACR
   1:6.
23-144 2:5.
247 11:4.
25 37:16.
279 28:23,
   29:8, 43:4,
   43:5.
.
.
< 3 >.
300b 1:36.
31st 18:16.
333 1:43.
354-3247
   1:45.
3553 15:4.
3553(a 33:13,
   42:25.
3563(a 43:23.
36 50:12.
3663(a)(3
   15:11.
3742 47:11.

.
.
< 4 >.
40 12:17,
   18:13.
45 47:3.
.
< 5 >.
50 3:22, 12:25,
   35:18.
5104(e)(2)(g
   12:17.
52 7:23.
.
< 6 >.
6th 17:17,
   22:3.
.
.
< 7 >.
72 44:7.
.
.
< 8 >.
80-plus
   37:10.
.
< 9 >.
9255 1:35.
_____/s/___
_____
   50:18.
.
< A >.
A. 36:8, 49:1,
   49:2.
a.m. 50:12.
aberration
   11:17,
   12:8.
ability 6:15,
   7:13, 11:5,
   32:5,
   38:12.
able 19:15,
   19:16, 48:22,

   48:23, 49:9,
   49:14.
above-entitled
   50:16.
absolute
   41:25.
absolutely
   7:20,
   10:14.
abuse 44:15.
accept 6:16,
   14:25.
accepting
   6:8.
achieved
   38:8.
achieving
   35:13.
acknowledge
   21:24.
acknowledges
   41:25.
across 24:21,
   36:25.
act 9:17.
ACTION 1:5,
   2:4, 37:21.
actions 42:8.
active 3:10,
   3:13, 5:4,
   42:14.
actual 20:19.
Actually 7:13,
   8:13, 8:21,
   11:1, 18:15,
   25:18, 25:22,
   28:5, 30:4.
add 17:8.
addition
   34:20.
additional
   33:21,
   42:15.
Additionally
   38:13.
address 9:1,
   9:4, 9:9,
   12:2, 12:6,
   16:1,
   28:19.

addressed
   10:11, 17:12,
   48:1.
adjust 46:20.
administrativel
   y 45:17.
admirable
   36:18.
advance 12:21,
   44:11.
affect 21:19.
afford 47:15.
Afghanistan
   39:24.
afternoon
   8:7.
age 35:4.
ago 25:9,
   49:19.
agree 6:25,
   7:4, 17:18,
   19:18, 20:1,
   27:9,
   42:13.
agreed 15:12,
   40:20.
agreement 6:8,
   6:16, 12:22,
   47:13.
ahead 17:1.
Alexander
   9:2.
allowed
   44:18.
almost 11:5.
already 11:25,
   15:23, 30:17,
   30:19, 43:7,
   49:25.
alter 9:14.
amazing
   35:24.
amend 9:15,
   16:6.
amendment
   14:22.
America 1:5,
   2:5, 25:17,
   37:3.
American 24:22,

35:12, 37:14,
   49:16.
Amid 38:15.
among 34:1,
   35:15, 42:23,
   43:25.
amount 15:13,
   25:25,
   31:16.
ANA C. REYES
   1:18.
answer 10:20,
   21:16, 21:17,
   24:1.
anticipate
   32:23.
anybody 18:9.
anytime 9:24.
apologize
   16:12,
   49:11.
appalled
   17:22.
appeal 47:10,
   47:11, 47:12,
   47:14, 47:16,
   47:17.
APPEARANCES
   1:23.
appears 6:13.
applicable
   15:5, 44:1.
Appreciate
   2:23.
appreciation
   34:22, 36:25,
   37:21.
appreciative
   2:22.
apprised
   45:25.
appropriate
   34:6, 42:10,
   42:11,
   46:19.
approval 43:11,
   45:4.
approved
   43:11.
aptly 42:3.

Architect
   43:21.
area 23:21.
argument
   6:23.
arms 10:2.
Army 38:7.
around 36:23,
   40:8.
ascribe 5:23,
   6:2.
Ashley 36:8.
Asif 1:39,
   50:14,
   50:19.
asks 35:19.
aspersions
   23:7.
assembly 6:15,
   7:6, 7:7.
assess 7:18.
assessment
   15:10, 15:21,
   43:13.
assigned
   32:7.
assignment
   32:22.
assist 38:16.
assistance
   41:11.
associate
   35:12.
assumed
   20:25.
assuming
   29:20.
assumptions
   3:16, 4:16.
Attorney 1:26,
   10:13,
   13:9.
attributes
   11:12.
aunts 34:21.
authentic
   9:17.
authority 32:6,
   32:8, 32:18,
   45:2.

available
   33:25,
   42:9.
Avenue 1:27,
   1:43.
average 24:22,
   42:13.
avoid 32:25,
   33:25,
   42:23.
away 38:21.
.
.
< B >.
babysat 35:5.
babysitter
   40:22.
back 16:15,
   18:13, 26:19,
   32:18, 32:19,
   32:24, 32:25,
   34:8, 40:9,
   40:13, 40:14,
   45:4.
background
   21:25.
bad 4:20, 12:9,
   27:15,
   27:21.
bad. 48:16.
Baker 45:11.
ball 41:15.
Barr 10:13.
barracks
   39:18.
base 38:19,
   41:4.
baseball
   41:16.
based 15:22,
   16:7, 28:25,
   42:24.
basically
   11:21.
basis 9:13,
   37:11.
Bates 2:12.
battles 11:7,
   20:18.
BBC 24:19.

bear 15:18.
become 35:24.
begin 13:2.
beginning.
  39:14.
behalf 2:12.
behaved 2:19.
behind 49:9.
believe 6:10,
  36:13,
  42:11.
belt 35:17.
benefit 24:14,
  24:17,
  36:22.
Benjamin
  10:25.
berating
  18:4.
best 22:2,
  48:21,
  50:5.
better 4:11,
  4:22, 4:24,
  18:10, 21:23,
  49:17,
  49:22.
Beyond 38:13,
  39:15,
  40:4.
big 21:22,
  25:14, 25:22,
  26:25.
Bill 10:13.
biographies
  25:13,
  25:15.
biography 25:8,
  25:12, 25:14,
  25:22.
bit 3:12, 26:6,
  49:21.
black 35:17.
blessed 36:1.
blind 41:3.
board 22:12,
  22:13,
  24:22.
bonehead
  18:14.

book 25:16,
  25:19.
boys 19:8.
branch 10:12.
branches 6:12,
  7:3, 10:4,
  10:8.
Brennan 42:3.
Brief 34:3.
bright 24:1.
brother 34:17,
  34:18, 35:7,
  35:22, 35:24,
  38:16, 39:17,
  41:3.
brought
  48:14.
building 12:17,
  15:6, 40:9.
bunch 26:16.
burials
  38:11.
busy 35:4,
  41:14.
.
.
< C >.
C. 1:10, 1:29,
  1:44, 12:17,
  15:10, 33:12,
  43:22,
  47:11.
caliber 21:7.
call 2:3,
  29:5.
called 25:24.
calling
  38:23.
calls 18:17.
Camp 32:25.
Capitol 3:11,
  7:20, 8:24,
  10:10, 12:3,
  12:17, 15:6,
  34:9,
  43:21.
care 35:5,
  38:3, 38:16,
  43:15.
careful

19:25.
caregiver
  18:25.
cares 37:2.
caring 38:4,
  38:17.
carries 15:7.
carry 29:5.
case 2:3, 6:16,
  7:14, 13:9,
  15:12, 17:15,
  21:3, 29:19,
  31:23, 34:7,
  40:11, 47:13,
  47:24, 48:2,
  48:4.
cases 3:10,
  21:4, 31:20,
  40:8.
casting 23:7.
casualties
  30:11,
  43:4.
caught 11:18,
  18:12.
caused 7:9.
censure
  42:15.
Center 1:35,
  42:3.
century
  25:17.
ceremonies
  38:12.
certain 20:19,
  20:21,
  47:12.
certainly 2:21,
  11:5, 17:13,
  19:7.
Certificate
  35:14.
certify
  50:14.
challenge 19:7,
  30:21.
challenges
  10:16,
  10:17.
challenging

17:15,
  40:21.
chamber 8:23.
change 19:6,
  41:9,
  46:15.
changed 9:17,
  28:16.
chanting
  14:5.
character
  11:13, 11:19,
  11:22, 12:9,
  21:7.
character.
  38:17.
characteristics
  33:23.
charge 15:5.
charged
  27:13.
check 25:22,
  26:3, 27:2,
  30:10,
  47:2.
checking
  38:23.
child 21:25,
  35:25,
  38:3.
childhood
  36:11.
children
  35:6.
choices
  36:22.
choose 43:10,
  47:14.
Christine 1:39,
  50:14,
  50:19.
circumstances
  15:1, 15:23,
  20:19, 33:22,
  50:8.
Citation
  37:5.
citizen 28:11,
  49:15.
citizenry

26:16.
citizens 6:12,
  9:24, 10:22,
  27:23.
Civil 29:5,
  30:12,
  43:4.
civilian
  48:10.
clarify 6:24.
classes
  35:13.
clean 41:10.
clear 31:13,
  39:16.
clearance
  22:14.
clerk 43:14.
clever 30:9.
client 13:17,
  16:9,
  45:12.
CNN 24:18.
co-defendants
  28:22.
colleagues 3:5,
  3:8, 3:17,
  4:6, 11:16.
Color 37:14.
Colors 37:15.
Columbia
  1:42.
COLUMBIA 1:2.
combat 39:24,
  40:1.
comes 18:9,
  30:12, 31:23,
  36:25.
coming 22:1.
commanding
  40:12.
Commendation
  14:23, 35:14,
  37:5.
commended
  2:19.
commit 42:5,
  43:23.
commitment
  36:20, 36:24,

39:12.
commitments
  38:15.
committed
  40:25,
  42:22.
community 4:3,
  12:24, 24:18,
  28:23, 29:8,
  29:10, 29:11,
  29:13, 29:16,
  30:22, 31:16,
  35:22, 37:10,
  37:11, 42:11,
  43:5, 43:7,
  43:10.
compass
  36:21.
complete
  29:25.
completely
  22:21.
comply 33:14.
computer-aided
  1:49.
concern
  11:15.
concession
  40:6,
  40:16.
concluded
  50:12.
concur 45:15.
conditions
  43:22, 44:1,
  44:2, 44:3,
  44:13.
Conduct 9:10,
  33:19, 34:2,
  37:4, 37:6.
confident
  26:11,
  31:15.
Congress 8:14,
  10:9,
  33:12.
congressmen
  10:9.
congresspeople
  26:18.

connection
  13:13,
  44:17.
consequences
  22:25.
conservative
  17:22.
consider 8:17,
  15:4, 33:11,
  33:21, 36:1,
  36:12,
  42:8.
consideration
  8:7, 42:24,
  47:24.
considered
  34:4, 34:5.
considering
  45:14.
considers
  15:8.
consistently
  36:17.
Constitution
  9:16,
  24:15.
Constitutional
  10:1,
  10:25.
constitutions
  9:15.
consume 26:4.
continue 4:17,
  37:15,
  37:25.
Contitution
  1:43.
contribute
  11:14, 36:22,
  50:6.
contributed
  8:10,
  11:14.
controlled
  43:24.
Convention
  10:25.
conversations
  25:1.
convey 36:16,

48:22.
convicted
  42:23.
conviction
  15:9.
convinced
  42:10.
cook 41:10.
Coomer 26:24.
coordinate
  43:11.
core 11:10.
Corps 18:14,
  19:11, 19:20,
  22:2, 22:4,
  23:10, 30:12,
  32:4, 32:7,
  34:19, 35:9,
  37:5, 38:19,
  39:5, 45:1.
correct 14:8,
  50:15.
correction
  13:22.
corrections
  14:24.
corrupt 8:18.
cost 47:16,
  47:17.
counsel 12:21,
  45:12.
count 12:16,
  15:10.
countless
  11:7.
country 6:6,
  6:12, 7:1,
  7:11, 11:10,
  11:14, 21:8,
  26:3, 34:16,
  34:23, 37:1,
  37:10, 49:15,
  50:6.
couple 2:15,
  3:9, 3:24,
  8:13.
course 5:2,
  18:19, 28:16,
  31:21.
courts 10:15,

10:17.
cousins
   34:21.
coverage
   27:5.
create 8:4.
credit 30:14,
   30:18.
credited
   43:8.
crediting
   43:6.
crime 43:24.
crimes 33:19,
   42:22,
   42:24.
CRIMINAL 1:5,
   2:4, 33:19.
critics 36:4,
   40:24.
crossed
   37:23.
curious 23:8.
current 46:16,
   46:17.
.
.
< D >.
dad 19:10,
   23:17.
daughter 19:1,
   27:19, 40:22,
   40:23, 48:13,
   48:18, 48:24,
   48:25, 49:14,
   49:21.
David 1:33,
   2:11.
day 4:12,
   10:10, 16:17,
   24:7, 36:5,
   38:25, 39:2,
   41:6, 41:17,
   48:11, 48:18,
   48:23, 49:7,
   49:8, 49:20,
   49:21.
days 2:15,
   3:10, 8:13,
   16:7, 47:14,

48:20,
   48:21.
deaf 6:10, 7:2,
   28:25.
deal 5:1,
   45:20.
death 20:19,
   20:21.
deceased
   37:18.
decides 22:5.
deciding
   34:6.
decision 7:24,
   8:1, 8:8,
   15:18, 16:7,
   17:17, 22:7,
   27:6.
decisions 3:20,
   16:17,
   18:12.
dedication
   21:8, 38:9,
   39:4.
deep 11:15,
   26:13, 36:24,
   37:21.
deeply 37:2.
defend 11:10.
DEFENDANT 1:12,
   1:33, 12:15,
   13:15, 33:20,
   33:23,
   47:3.
defendants
   34:1,
   42:23.
Defense 15:16,
   37:6,
   45:12.
degree 24:15,
   35:12.
delving 6:5.
democracy 9:8,
   10:2, 28:6,
   34:24.
Democratic 9:6,
   10:6,
   10:24.
demonstrated

36:17,
   38:12.
demonstrates
   41:24.
demonstrating
   12:16,
   15:6.
department
   13:12, 32:17,
   44:8.
depend 39:17.
depending
   25:3.
described
   40:22,
   40:24.
deserved.
   37:19.
deserving
   39:3.
deter 33:18.
determinations
   13:6.
deterrence
   42:21.
devoted
   35:21.
diaper 19:6.
diapers 41:9.
did. 40:19.
died 7:11.
difference
   50:4.
different 4:5,
   6:11, 6:20,
   7:3, 24:20,
   29:4, 29:6,
   38:1, 50:8.
differing
   26:8.
difficult
   48:20.
disabled
   41:3.
disagree 8:15,
   9:24.
disagreed
   28:1.
Dischley 1:33,
   1:34, 2:12,

13:17, 16:8,
   17:7,
   47:20.
disciplined
   39:7.
discrepancy
   13:23,
   14:6.
discuss 7:17,
   15:17,
   34:7.
discussed
   13:18, 34:10,
   44:16.
disengage
   28:10.
disgusted 3:12,
   5:3.
dishes 41:10.
dismiss 6:15,
   7:14.
disparities
   34:1, 42:10,
   42:23.
distant 12:6.
distinction
   37:2.
District 1:1,
   1:2, 1:19,
   1:41, 1:42,
   32:12, 32:13,
   32:15, 44:25,
   46:8,
   46:10.
divided 26:4.
Doctor 11:1.
documented
   12:24.
documents 3:21,
   12:20.
doing 2:16,
   4:23, 5:10,
   19:10, 21:9,
   36:21,
   42:13.
DOJ 7:24,
   10:12.
done 2:14,
   4:22, 30:22,
   31:16, 31:19,

40:13, 43:7,
43:14.
doubt 7:1.
down 12:4,
16:17, 20:17,
24:24,
41:17.
drive 47:2.
drives 37:10.
driving 35:7,
41:17.
drop 8:4.
drops 8:5.
drug 43:25,
44:13.
dug 26:13.
during 10:25,
35:17, 43:4,
43:6.
duties 39:12,
46:14.
duty 3:11,
3:13, 5:4,
9:20,
42:14.
.
.
< E >.
eager 39:9.
earlier 31:5,
45:12.
early 31:5.
earned 35:11,
35:14,
35:17.
ears 28:25.
easily 26:20.
Eastern 46:9.
Economist
24:20.
effects 38:2.
effort 26:6.
eh 21:2.
either 37:16,
41:6.
elderly 41:3.
election 10:5,
10:11, 10:15,
10:16, 10:19,
23:24, 26:6,

42:2.
electronic
35:10.
eligible
35:16.
embarrassed
16:23.
emblematic
39:4.
embodies
39:12.
embrace 17:2.
emotional
16:25.
employment
44:18.
encounter
40:5.
encountered
39:3.
end 29:14,
29:20,
29:21.
endure 17:21.
engaged
27:23.
enlisted
35:9.
enough 13:11,
26:8, 40:7.
ensure 33:13,
44:20.
enter 32:15.
entering 7:9.
enters 47:15.
entire 11:11.
entirely 4:5.
entitled 6:21,
6:22,
44:17.
entranceway
14:17.
entrusted
38:11.
envies 49:21.
environment
39:15.
envy 49:20.
errands
41:10.

especially
18:9,
27:13.
Esquire 1:25,
1:33.
essay 18:2.
essentially
18:4.
establish
9:19.
established
9:21, 10:1.
ethics 36:21.
events 17:22,
27:4, 28:16,
41:20.
everyone 2:17,
7:25, 27:24,
34:22, 35:20,
44:23, 46:25,
50:2.
everything
3:19, 16:5,
28:21,
48:5.
evidence 14:10,
26:15.
exact 8:21.
Exactly
46:24.
exceeded
38:8.
excelled
35:3.
excellence
37:2.
exception
22:3.
exceptional
35:15,
39:11.
exceptions
44:5.
excerpt 48:8.
Excuse 17:24.
excuses 27:8.
Executive
10:12.
exercised
7:6.

exists 9:17.
expect 39:10.
expectations
38:8.
expected 19:21,
23:11.
expeditionary
18:16.
experience
22:4, 22:5,
24:4, 49:5,
49:6.
explain
48:12.
explanation
26:21.
explicit
9:17.
expressed
41:21.
extends 40:4.
eyes 35:20.
.
.
< F >.
F. 25:7.
face 20:21.
fact 10:11,
15:3, 26:3,
27:2,
30:10.
factoring
6:2.
factors 15:5,
15:18, 33:12,
33:21, 34:6,
42:25.
facts 6:9,
6:22, 15:2,
15:22, 23:3,
24:21.
factual 6:23,
13:6, 13:21,
14:25.
fail 19:21,
19:23,
19:24.
fairness
7:16.
faith 16:23,

27:18.
faithful.'
   37:12.
fall 28:25.
families
   37:3.
family 5:23,
   12:25, 16:18,
   20:13, 21:14,
   27:18, 34:14,
   34:15, 37:17,
   37:22, 38:21,
   38:22, 40:4,
   41:11,
   49:5.
family.
   41:18.
far 40:7.
farewell 9:1,
   9:3, 9:9.
father 4:14,
   6:5, 18:15,
   20:13, 34:18,
   35:21, 35:24,
   38:7, 48:20,
   49:23.
father-in-law
   41:5.
father.
   36:15.
Fathers 8:16,
   8:20.
FCRR 1:39,
   50:14.
fear 48:11.
feel 5:12,
   5:25, 10:22,
   29:16,
   48:15.
fellow 13:1,
   16:18, 18:16,
   23:12, 24:7,
   38:18, 39:13,
   40:18.
felt 6:11, 7:3,
   10:5, 10:6,
   11:20.
few 3:24,
   34:12,
   47:19.

figure 11:24,
   12:11.
figuring
   12:1.
file 47:14,
   47:17.
filed 13:4,
   13:13.
final 13:3,
   15:18,
   47:21.
find 26:19,
   42:19.
finding 41:6.
findings
   15:2.
fine 15:9,
   29:24, 30:23,
   46:13.
finish 31:10,
   40:12.
finished
   31:4.
finishes 29:13,
   29:17,
   29:18.
firearm
   31:22.
firearms 31:20,
   44:16, 44:17,
   44:18.
firewood
   41:9.
firing 37:18.
first 3:10,
   3:21, 3:22,
   4:11, 4:22,
   7:10, 12:7,
   13:2, 22:16,
   39:9, 39:11,
   39:18,
   41:11.
fishing
   41:15.
five 15:8.
flag 29:5,
   37:17.
flaws 6:23.
flexibility
   30:1, 31:2,

46:15.
Flights
   38:14.
fly 37:15.
focus 27:18.
folded 37:16.
following 5:18,
   12:20,
   44:5.
food 19:6.
football 40:5,
   40:15,
   41:16.
foregoing
   50:15.
forget 12:5.
forgiven
   16:21.
form 17:3,
   26:25.
Fort 32:11,
   32:22, 46:3,
   46:14,
   46:18.
forth 13:6,
   13:21, 43:22,
   44:3.
forward 2:6,
   10:2, 10:3,
   16:12, 19:16,
   21:24,
   22:17.
fought 11:7,
   20:18.
found 10:18,
   34:2, 35:5,
   38:15.
Founding 8:16,
   8:20, 9:4.
four 28:22,
   31:2,
   49:19.
four-year-old
   41:7.
FOX 24:18,
   24:23,
   24:25.
framework
   15:15.
Frank 25:9.

Franklin
   11:1.
frankly 3:12,
   4:7, 19:11,
   21:4.
fraud 42:5.
free 6:14, 7:5,
   7:7.
freedoms
   35:1.
frequently
   40:17.
friend 4:14,
   6:4, 35:22,
   36:11, 36:14,
   40:4.
friends 13:1,
   16:18, 21:14,
   24:8, 26:24,
   34:13, 38:21,
   38:22,
   49:5.
front 17:16.
fully 8:16,
   13:8.
fundamentally
   36:13.
funerals
   37:16.
future 21:18,
   33:19, 42:22,
   48:9, 50:7.
.

.
< G >.
game 40:6,
   40:15.
games 41:15.
gave 29:15,
   31:2,
   39:19.
general
   10:13.
generally
   23:7.
gentleman 6:18,
   7:19, 8:6,
   36:7.
George 8:24,
   9:3.

get-go 29:24.
gets 22:5,
  31:4.
getting 16:25,
  25:3.
give 15:25,
  29:23, 30:1,
  30:14, 30:18,
  31:4, 31:9,
  32:5, 37:18,
  39:25.
given 22:9,
  40:25.
giving 30:18.
Global 37:7.
glory 16:24.
glowing 5:15,
  5:20,
  35:19.
God 16:24.
Gold 37:20,
  38:10.
governance
  7:9.
Government
  1:25, 2:21,
  6:12, 7:4,
  7:24, 8:8,
  8:15, 8:18,
  9:10, 9:20,
  9:25, 10:8,
  10:21, 12:23,
  13:5, 13:13,
  16:3, 17:19,
  27:10, 27:12,
  47:20.
government.
  9:15, 9:21.
graduation
  35:8.
grandchildren
  41:16.
grandfather
  34:19.
grandson
  41:14.
grateful
  48:1.
great 4:1, 5:1,
  17:16, 24:23,

  25:16.
great-grandfath
  er 34:20.
greater 33:14,
  42:12,
  42:20.
grew 34:15.
grieving
  37:17.
grounded
  30:10.
group 26:23.
groups 10:22.
growth 41:24.
guarantee
  39:21.
Guards 37:14.
guess 2:18,
  21:20, 32:9,
  32:15.
guidance
  23:14.
guided 36:22.
guilty 12:15,
  34:2.
Gunnery
  39:23.
gut 8:21.
guy 23:6,
  24:1.
guys 30:24,
  44:20,
  45:3.
.
.
< H >.
half 18:3.
hall 8:25.
hallmark 9:8.
halls 8:23.
Hamilton 9:2.
hand-picked
  10:13.
handful
  37:24.
handle 45:16.
hands 40:11.
happen 12:2,
  12:6, 23:13,
  44:24.

happened 7:4,
  11:16, 12:2,
  12:7,
  48:18.
hard 12:1.
harsh 36:4,
  40:24.
haul 41:9.
he'll 29:19,
  29:24,
  32:19.
head 30:18,
  47:25.
heads 25:2.
hear 19:19,
  23:16,
  24:25.
heard 3:5, 3:8,
  8:13, 11:3,
  16:5, 19:10,
  21:1,
  40:18.
hearing 12:21,
  16:4.
hearings
  22:9.
heartfelt
  41:22.
heavy 40:8,
  40:14.
Hellonen
  26:24.
help 18:17,
  40:10, 40:12,
  40:17, 40:19,
  41:6,
  41:10.
helped 40:13.
helping 25:4,
  35:7.
hereby 50:14.
hesitation
  19:5.
hesitation.
  40:2.
high 22:1,
  35:2, 38:8,
  40:5.
highest 35:3,
  38:9, 39:5,

  39:24.
him. 36:23.
hindsight
  22:22.
history 7:11,
  11:8, 20:18,
  33:22, 34:16,
  48:12.
hit 47:25.
hold 6:8, 6:19,
  38:9,
  46:25.
holding 6:20.
home 23:4,
  23:13, 24:12,
  28:17, 40:15,
  41:1, 41:6.
homework
  35:8.
honest 3:16,
  28:3.
honesty
  36:21.
HONORABLE
  1:18.
hope 4:24,
  6:13, 17:18,
  27:22, 28:9,
  28:10, 36:5,
  49:16,
  50:7.
hour 18:3,
  47:4, 49:4.
hours 4:2, 4:3,
  12:25, 28:23,
  29:8, 29:25,
  30:3, 30:4,
  30:5, 30:14,
  30:19, 31:1,
  37:10, 42:12,
  43:5, 43:7,
  43:9, 44:7.
House 8:14,
  8:23, 31:23,
  44:19,
  46:2.
huge 21:23.
human 36:1.
humbly 17:2.
hundred 4:2,

30:14,
30:19.
hunting
41:14.
husband 4:14,
35:21, 35:24,
36:14.
.
.
< I >.
I. 25:11.
idea 8:17,
9:18, 18:2.
identify 2:6.
II 34:20.
illegally
7:9.
imagine 5:5,
27:16, 27:21,
44:21.
immediate
24:11.
immediately
35:8.
immense
11:13.
impact 42:7.
importance
41:25.
important 5:13,
5:16, 5:25,
6:24, 20:3,
27:23, 28:5,
28:6, 28:8,
39:22.
importantly
49:13.
impose 6:16,
7:15, 29:9,
33:13.
imposed 33:16,
33:24, 43:1,
47:12.
imposes 17:3.
impressed
37:7.
impression
39:14.
imprisonment
15:7.

impugning
12:9.
in-laws 46:2.
in. 7:20.
incarceration
16:7.
include 33:15,
43:22,
43:23.
including
12:24,
34:22.
incorporate
44:3.
incredibly
24:1.
indelible
39:14.
indicated
15:19.
indicates
31:11.
indication
44:14.
individual
9:20, 27:3,
48:13.
individuals
8:9, 39:3.
inexperienced
39:10.
infant 41:7.
information
24:16,
26:8.
inside 40:10.
inspired
37:4.
instead
11:10.
instructor
35:11.
instructs
44:8.
insurrection
3:14, 3:15,
5:4, 42:3.
integrity
36:19,
39:4.

intellectually
41:3.
intelligence
24:18,
35:10.
intelligent
4:2.
intend 3:15,
16:16,
44:11.
interest
23:12.
interested
25:13.
interesting
25:19.
invaluable
40:23.
investigation
44:4.
involvement
38:14,
48:12.
issue 26:14.
issues 17:13,
44:14,
47:25.
it. 11:4.
.
.
< J >.
J. 1:33.
jail 4:7,
4:9.
Japan 38:20.
JF- 25:13.
JFK 25:8,
25:14,
25:24.
job 2:16, 3:18,
7:18.
John 25:6,
25:7.
joined 35:2,
38:7, 39:9.
Josh 6:7,
35:25, 36:12,
38:4, 38:6,
38:7, 38:13,
40:1, 40:5,

40:7, 40:19,
41:8.
Joshua 2:5,
12:15,
36:19.
JOSHUA ABATE
1:10.
JROTC 35:2,
37:13, 38:7,
40:15,
40:18.
Judge 1:19,
4:22, 4:24,
13:23, 17:9,
19:18, 19:25,
23:9, 24:3,
28:19, 30:2,
31:6, 31:15,
31:19, 32:3,
33:7, 43:15,
46:9, 46:19,
47:22,
47:23.
judges 26:18.
judgment 43:2,
47:15.
judicial 6:13,
48:10.
jumped 4:16.
jurisdiction
29:19,
32:20.
justice 17:3.
justifications
27:8.
justify
30:17.
.
.
< K >.
keep 3:18,
11:4, 11:5,
22:5, 22:7,
29:19, 30:25,
32:20, 32:23,
41:8, 45:24,
47:6.
Kennedy 25:7.
kept 19:9,
37:24.

kid 22:1,
    35:23.
kids 49:23.
killed 37:20.
kind 4:12,
    4:13, 37:9.
known 18:20,
    22:20, 23:3,
    23:4.
knows 35:20.
.
.
< L >.
last 2:15, 3:9,
    6:13, 8:13,
    27:14,
    27:22.
Law 1:34, 7:14,
    17:23, 17:25,
    18:1, 26:14,
    33:17.
lawn 41:8.
lawyer 2:20,
    5:23, 13:12,
    24:14.
layperson
    24:15.
leader 39:11.
leaders
    39:23.
leadership
    39:4.
leading 8:23.
leaning
    26:10.
leapt 9:12.
leave 18:10,
    46:4.
led 10:12,
    27:5, 38:9.
left 4:20,
    14:23,
    39:13.
Lejeune
    32:25.
length 34:10.
lens 27:13,
    35:21.
less 5:11,
    7:21, 28:24,

29:23, 29:25,
    30:18, 31:7,
    49:3.
letter 3:23,
    3:24, 18:24,
    35:25, 36:16,
    41:23,
    48:8.
Letters 3:22,
    4:5, 4:11,
    5:16, 5:19,
    5:22, 6:4,
    12:25, 17:13,
    21:5, 35:18,
    37:1, 38:18,
    40:3, 41:19,
    48:5, 50:3.
liberal
    36:12.
life 25:11,
    28:3, 28:10,
    35:5, 36:20,
    39:21,
    40:23.
life-altering
    49:3.
lifting 40:8,
    40:14.
lightning
    42:4.
likely 42:4.
line 34:25,
    40:7, 40:8.
listen 26:2.
Literally 7:21,
    40:14.
Little 3:12,
    16:7, 19:7,
    26:6, 26:19,
    49:21.
lived 21:25.
lives 20:20,
    34:25.
living 37:11.
logic 30:4.
long 17:10,
    26:20, 29:15,
    34:16, 47:1,
    48:15.
longer 4:9,

4:10,
    19:14.
Look 18:13,
    24:3, 25:25,
    30:23.
looking 23:1,
    23:2, 35:6,
    40:21.
looks 24:25.
lose 11:15.
loss 38:3.
lost 20:20,
    22:4.
lot 3:16, 4:17,
    4:19, 5:5,
    5:25, 8:12,
    11:12, 12:14,
    21:4, 21:13,
    25:17, 25:19,
    27:10, 28:16,
    28:17, 29:17,
    34:11, 46:1,
    46:15, 48:7,
    49:23,
    50:6.
love 24:23,
    30:4, 37:3,
    37:9.
Lovegill
    25:9.
Lynchburg
    41:17.
.
.
< M >.
Ma'am 2:4,
    33:8, 45:5.
machine 1:48.
Madison 1:25,
    2:8.
maintain
    39:2.
majority
    28:21.
mama 36:2.
man 16:23,
    17:16, 21:21,
    36:5,
    36:19.
Manassas

1:37.
mandatory
    15:10, 43:22,
    43:25, 44:1,
    44:13.
Marine 18:14,
    18:16, 18:17,
    19:10, 19:11,
    19:12, 19:15,
    19:20, 21:21,
    22:1, 22:2,
    22:4, 23:9,
    23:20, 30:12,
    32:4, 32:7,
    34:18, 35:9,
    35:22, 35:24,
    37:4, 38:6,
    38:19, 39:5,
    42:14, 42:17,
    43:4,
    49:18.
Marines 2:17,
    3:11, 5:4,
    11:4, 11:6,
    13:1, 16:18,
    20:18, 20:20,
    20:24, 21:8,
    22:6, 23:12,
    24:8, 30:11,
    37:12, 37:23,
    38:5, 38:6,
    38:18, 39:13,
    40:4.
Marines.
    39:7.
marksmanship
    35:11.
married 36:5.
Maryland 32:13,
    32:15, 45:1,
    45:15, 45:23,
    45:25, 46:17,
    46:18, 46:19,
    47:1, 47:6.
maternal
    34:19.
matter 6:6,
    7:14, 13:4,
    16:5,
    50:16.

maturity
  38:13.
maximum 15:7,
  15:9.
me. 38:24.
Meade 32:11,
  32:22, 46:3,
  46:14,
  46:18.
meals 35:7.
mean 5:19,
  5:20, 12:3,
  19:5, 19:14,
  19:23, 20:7,
  21:11, 23:6,
  23:10, 23:24,
  24:1, 27:20,
  27:22, 27:25,
  28:5, 28:11,
  29:6, 29:23,
  30:10, 31:3,
  31:9,
  46:21.
means 28:12,
  44:21, 49:15,
  49:18.
Medal 35:14,
  37:5, 37:6,
  37:7.
media 24:17,
  26:4, 26:17,
  27:4.
meet 50:8.
member 35:22,
  37:13.
members
  40:18.
memo 16:4.
memorandum
  12:23, 17:18,
  27:9.
memory 12:6.
men 11:6,
  20:24.
mentioned
  18:8.
mentors
  39:23.
Meritorious
  37:5.

meritoriously
  37:9.
messaging
  38:23.
met 38:5,
  41:7.
Michael
  39:23.
Military 3:13,
  12:24, 14:22,
  31:21, 32:16,
  34:16, 34:17,
  35:12, 36:24,
  37:16, 37:18,
  38:11, 45:13,
  48:10.
mind 3:19, 4:6,
  18:6.
minds 26:7.
mine 21:18.
minimal 7:22,
  8:6, 8:7.
minor 13:23,
  14:6,
  14:11.
minutes 7:21,
  7:23, 47:3,
  47:19.
miscarriage
  39:19.
misinformation
  42:2.
mistake 18:14,
  19:22.
mistakes 16:14,
  21:22, 48:24,
  49:2, 49:3,
  49:4,
  49:10.
model 19:11,
  19:12,
  19:15.
mom 37:20.
moment 11:18,
  18:12.
moms 40:14.
monarchy 9:23,
  11:2.
Monday 4:22,
  8:22, 20:8,

20:16.
months 4:8,
  15:7, 15:20,
  35:16.
moral 36:21.
morning 2:2,
  2:8, 2:10,
  2:11, 2:13,
  45:9,
  45:10.
mother 20:13,
  34:17, 35:19,
  35:23,
  36:11.
mother-in-law
  40:24.
motto 37:12.
mouth 27:15,
  27:21.
move 47:6,
  47:7.
moved 14:17,
  14:19, 32:16,
  39:17.
moves 45:1,
  45:16.
movie 36:8.
moving 21:23,
  22:17.
mowed 41:8.
Ms 2:2, 2:14,
  5:9, 16:2,
  20:17,
  50:11.
MS. MUMMA 2:8,
  2:23, 13:7,
  16:3, 33:10,
  47:22.
Mumma 1:25,
  2:8, 2:14,
  5:9, 16:2,
  50:11.
myself 16:19,
  16:20, 16:23,
  16:24, 36:1,
  41:6.
.
.
< N >.
nail 47:25.

name 48:25.
nation 9:4,
  16:18, 16:22,
  38:14, 39:24,
  42:1.
National
  37:6.
nature 33:22,
  34:8.
Navy 34:18,
  34:19,
  37:4.
near 20:18,
  20:21.
necessary
  33:14,
  42:20.
need 5:13,
  12:11, 16:5,
  21:15, 30:24,
  30:25, 33:15,
  33:23, 33:25,
  34:4, 43:18,
  44:10,
  45:25.
needed 19:5,
  39:20,
  41:11.
needs 18:17,
  19:1, 40:22,
  44:19,
  45:20.
neighbor
  37:9.
neither 6:16.
New 1:27,
  25:8.
news 8:20,
  24:18, 24:23,
  24:25, 25:3,
  29:22.
next 9:6,
  37:22,
  40:1.
niece 36:8.
No. 1:5,
  17:1.
none 3:17,
  10:18,
  27:8.

nor 6:16.
norm 42:18.
Notably 35:13,
  38:10.
note 2:22,
  18:20,
  19:2.
noted 14:11,
  14:23, 20:12,
  39:6, 39:8,
  39:9, 41:5.
Nothing 7:20,
  10:14, 23:13,
  24:13,
  47:22.
Notice 47:10.
noticed 27:9.
notices
  22:10.
notify 44:10.
nuanced 4:12.
nuances 6:5.
number 5:15,
  6:21, 19:2,
  20:14, 20:16,
  20:18, 30:5,
  30:13,
  42:12.
NW 1:27,
  1:43.
.
.
< O >.
oath 11:9,
  11:22, 20:7,
  20:22, 42:15,
  42:16,
  49:18.
oaths 20:21.
obey 9:20.
objection 13:5,
  13:21.
objections
  15:14.
obligatory
  9:18.
obviously 2:24,
  27:25.
occasion
  19:8.

occur 7:10,
  49:3.
occurred 4:12,
  8:11.
offense 12:22,
  15:1, 33:17,
  33:18, 33:22,
  33:24, 34:9,
  42:21.
Office 1:26,
  12:19, 15:20,
  15:22, 43:12,
  44:6.
OFFICER 40:12,
  44:10, 45:6,
  45:9, 45:11,
  45:19, 45:22,
  46:16, 46:22,
  47:9.
Official 1:40,
  50:20.
often 38:23.
Okay 3:4,
  13:20, 14:3,
  14:12, 14:21,
  15:17, 16:8,
  16:11, 17:5,
  22:15, 22:18,
  31:18, 33:5,
  33:11, 37:25,
  43:20, 45:18,
  45:24, 45:25,
  46:8, 47:5,
  47:7.
old 18:11,
  18:13, 18:22,
  34:15.
on. 24:25.
once 9:25.
ones 38:3.
onion 26:19.
open 3:18.
opened 27:13,
  29:1.
opening 9:9.
opinion 6:7,
  6:22.
opinions 27:1,
  27:5, 28:8,
  28:9.

opportunity
  15:25, 16:13,
  17:4.
opposite 8:21,
  38:20.
order 15:11,
  32:16, 33:1,
  43:5.
ordered 32:1.
ordering
  44:11.
Others 3:24,
  35:5, 36:25,
  40:3,
  42:22.
otherwise
  44:8.
outcome
  45:14.
outcomes
  48:9.
overall
  27:15.
overshadow
  14:7.
overthrew
  9:22.
overthrow
  9:24.
overthrowing
  8:17.
own 4:3, 6:21,
  6:22, 21:18,
  36:10,
  49:11.
.
.
< P >.
pages 44:4.
painted 4:5.
painting
  8:24.
paper 12:25,
  23:2,
  41:23.
papers 13:13.
parading 12:16,
  15:6.
parent 48:23.
parenting

48:21.
parents 24:23,
  34:17,
  41:3.
parole 31:14.
part 3:11,
  3:13, 3:15,
  5:4, 8:5,
  8:6, 15:13,
  17:17, 47:13,
  49:20.
participate
  28:6.
participated
  7:8, 8:9.
participating
  28:12.
participation
  8:10, 41:20,
  48:19.
particular
  4:10, 4:13,
  4:25.
particularly
  5:6, 5:21,
  24:9, 48:2.
parties 2:6,
  12:20, 15:12,
  15:19, 15:24,
  15:25.
partner 17:21,
  17:23, 17:25,
  18:1, 18:3,
  21:15, 26:13,
  26:14.
party 37:18.
passport 32:1,
  44:12.
past 6:11, 7:2,
  25:6.
paternity
  46:4.
path 37:23.
patriot
  49:16.
pause. 34:3.
pay 15:11,
  43:13.
peaceful 7:10,
  9:8, 42:1.

peek 35:19.
peel 26:19.
peership
  26:23.
penal 15:5.
pending 48:9.
people 4:13,
  5:25, 6:20,
  6:21, 7:11,
  8:3, 8:12,
  8:14, 9:14,
  9:18, 9:19,
  10:10, 19:2,
  21:14, 24:16,
  25:19, 28:5,
  28:7, 28:8,
  28:16, 28:17,
  29:15, 30:1,
  31:2, 34:24,
  38:4, 38:5,
  48:24.
people. 38:6.
per 15:10.
perfect 21:1,
  27:4, 36:7.
perfectly
  6:19.
perform 43:5.
perhaps
  39:22.
period 31:17.
permission
  44:9,
  47:16.
person 4:13,
  5:11, 8:2,
  12:10, 20:25,
  21:23, 25:23,
  30:6, 30:8,
  36:19, 38:4,
  39:11, 49:22,
  49:23.
personal 24:4,
  27:5, 42:7,
  49:5, 49:6.
personally
  38:2.
petition 29:14,
  29:20,
  31:5.

phenomenal
  25:12,
  25:16.
phone 18:3.
pick 14:12.
picked 14:12,
  14:14, 14:16,
  25:15.
picketing
  12:16,
  15:6.
picture 4:6.
piece 14:13,
  14:16.
pill 6:8.
place 7:9,
  12:7.
Plaintiff
  1:7.
play 41:16.
played 42:2.
plays 26:25.
plea 6:8, 6:16,
  12:21, 15:13,
  47:13.
pleasant 5:6,
  5:7, 5:8,
  5:9.
please 2:3,
  2:6.
pled 12:15.
plenty 23:18.
PLLC 1:34.
point 21:6,
  21:17,
  41:2.
poison 6:8.
political 6:18,
  6:20, 9:13,
  10:3.
politically
  25:18.
politics 27:15,
  27:21, 27:23,
  28:10, 28:12,
  28:13.
poor 16:17,
  27:6.
position 16:19,
  16:20, 17:13,

17:19, 26:10,
  27:11, 29:4,
  29:7.
positions 25:5,
  38:10.
positive
  5:21.
positively
  36:23.
possess 6:9,
  43:24.
potential
  42:9.
power 7:10,
  9:8, 9:19,
  25:25, 26:17,
  42:1.
powerfully
  48:6, 48:7.
praise 39:25.
pray 16:21.
pre-judicial
  28:2.
prefer 31:11.
Preferably
  46:7.
preparation
  8:22, 9:11.
prepare 19:6.
prepared 28:20,
  28:21.
preparing
  35:7.
presence
  40:23.
presented
  37:17.
presentence
  12:18, 13:2,
  13:3, 13:6,
  13:12, 13:18,
  13:22, 14:25,
  15:2, 15:24,
  44:4.
President
  25:12, 26:1,
  26:18.
presidents
  25:6.
presupposes

9:20.
pretty 3:11,
  5:3, 22:17,
  26:11.
previously
  30:15.
pride 38:14.
primary
  35:11.
principles
  11:10.
Prior 38:19.
prison 29:10,
  42:10,
  44:5.
privilege
  42:16.
probably 28:25,
  31:7,
  48:19.
probationary
  15:8.
problem 27:24,
  28:4, 30:4,
  44:22,
  46:11.
problems 10:18,
  29:18.
Proceedings
  1:48, 45:13,
  50:12,
  50:16.
process 2:21,
  4:25, 10:6,
  10:24, 22:13,
  22:14,
  45:13.
processes 10:3,
  22:17,
  48:10.
produced
  1:48.
professional
  39:15.
professionalism
  2:19.
program 35:2,
  38:8.
promise
  16:19.

promote 33:17,
  33:20,
  42:21.
promoted 35:16,
  37:8, 39:1.
proper 37:18.
prosecute 7:25,
  8:9.
prosecuted
  7:18, 7:19.
protect 33:19,
  42:21.
protected
  11:4.
proud 49:25,
  50:1.
provide 33:17,
  34:4.
public 33:19,
  42:22.
pull 24:21,
  36:9.
punishment
  33:18.
purpose 7:16,
  15:3, 18:5.
purposes 16:4,
  33:15.
pursuant
  47:10.
put 16:19,
  16:20, 26:6,
  33:1, 34:24,
  40:11,
  49:9.
puts 11:11.
putting 16:24,
  30:25.
puzzling
  20:23.
.
.
< Q >.
qualities
  36:17,
  39:3.
qualms 6:20.
Quantico 32:24,
  38:20.
question 21:12,

22:23.
quite 8:20,
  19:11.
.
.
< R >.
rain 8:3,
  8:5.
rallies 28:7.
rally 3:14,
  13:25, 14:1,
  27:25, 28:15,
  28:17.
ran 25:12,
  40:14.
rank 35:3,
  38:9, 39:1.
rare 36:18.
rather 5:10,
  5:11.
rational 8:1,
  8:8.
read 3:19,
  3:21, 3:22,
  3:23, 3:25,
  4:10, 5:19,
  5:22, 9:5,
  9:7, 13:17,
  21:5, 24:19,
  24:20, 25:14,
  25:15, 25:20,
  43:18,
  48:5.
reading 8:22.
reads 9:6,
  9:7.
ready 4:7.
Reagan 25:7.
realize
  21:21.
really 5:8,
  20:3, 25:16,
  25:17, 25:19,
  27:5, 27:7,
  27:8, 47:25,
  49:15, 50:4,
  50:9.
reason 29:15,
  30:24.
reasonable

26:7, 26:10,
  31:7.
reasons 21:3,
  21:5, 32:16,
  42:19.
reassess
  4:15.
recall 38:25,
  43:3.
recalled 37:13,
  40:5.
received 3:22,
  12:18, 28:22,
  35:3,
  35:18.
recitation
  14:25,
  15:14.
recognitions
  35:15.
recognize
  6:14.
recognized
  38:10.
recognizes
  27:11,
  42:1.
recommendation
  13:3, 15:21,
  16:6.
recommendations
  12:19.
recommended
  15:20.
record 2:7,
  5:14, 5:17,
  6:1, 6:24,
  14:22, 34:13,
  50:16.
recorded
  1:48.
records 12:24,
  34:1.
reference
  44:3.
reflect 24:3,
  33:16, 33:24,
  38:18, 41:19,
  42:20.
reflecting

38:16.
reflection
  22:22,
  41:24.
regarding
  15:1.
regardless
  24:12.
rehabilitation
  33:20.
reiterating
  25:1.
relationship
  36:7.
relatives
  20:14.
relaying
  18:4.
relevant
  33:12.
relies 26:16.
rely 26:17.
remarks
  28:20.
Remorse 41:19,
  41:21,
  41:22.
reply 11:2.
report 3:25,
  12:18, 13:2,
  13:3, 13:6,
  13:12, 13:18,
  13:22, 14:25,
  15:2, 15:24,
  40:13, 44:4,
  44:6, 44:7.
Reported
  1:39.
Reporter 1:40,
  50:20.
representation
  37:12.
representative
  2:20.
represented
  45:12.
representing
  10:10.
republic 11:2,
  11:3, 11:5,

11:6,
11:11.
Republican
9:6.
request
47:16.
requests
33:3.
require 44:9.
required 19:20,
43:9,
43:25.
requires 15:4,
15:11.
requiring
42:12,
43:13.
reread 9:11.
research 12:25,
23:2, 41:23,
42:4.
residence
46:17.
respect 33:17,
44:2, 44:16,
49:22.
respectful
37:23.
response 6:1,
9:12,
24:11.
responsibility
16:15, 40:21,
49:10.
responsible
28:11,
38:17.
responsibly
28:13.
rest 16:4,
28:10,
34:25.
restitution
15:12, 15:21,
34:5,
43:21.
restrictions
31:21, 31:24,
46:23.
result 7:12,

22:25,
23:1.
retained
32:4.
returned 32:2,
44:12.
returning
41:4.
revealed
15:23.
review 3:19.
reviewed
12:18.
reviews
25:16.
revocation
22:14.
rhetoric 26:16,
27:4.
rights 6:14,
7:7, 47:12.
riot 3:11, 7:8,
8:2, 8:3,
8:10, 12:3,
34:9.
rise 8:15,
10:7,
11:10.
rising 10:21.
risk 11:11.
road 12:4.
role 23:20,
26:25, 35:6,
42:2.
romp 20:17.
Ronald 25:7.
room 28:1.
rose 19:8.
RPR 1:39,
50:14.
run 41:10.
.
.
< S >.
S. 8:23, 9:5,
9:25, 35:9,
42:17.
sacredly
9:18.
safe 44:21.

salvo 9:9.
sanity 6:14.
sat 41:15.
satisfied
13:9.
saw 3:10, 4:2,
14:21,
40:18.
saying 9:22,
9:25, 12:9,
12:10, 18:11,
19:19, 23:15,
25:2,
27:14.
says 18:17,
24:18,
24:25.
scared 3:12.
scary 3:12.
schedule 22:9,
35:4,
41:14.
school 22:1,
35:2, 35:7,
38:8, 38:11,
40:5.
Sean 38:2.
searching
4:17.
seat 33:6.
seated 3:6,
13:16, 17:6,
45:8,
47:19.
Second 35:3,
38:9, 44:9.
Section 15:4,
33:13.
security
22:14.
seems 12:5.
seen 41:13,
42:13.
sees 35:21.
selfless
40:25.
selflessness
40:4.
seminal 9:4.
Senate 9:5.

senator 9:6,
9:7.
send 32:24,
32:25,
46:19.
sendoff
37:19.
sense 6:14,
11:19, 21:1,
34:9,
48:21.
sentence 6:3,
7:15, 15:19,
16:6, 33:13,
33:16, 33:18,
33:23, 34:6,
42:25,
47:11.
sentence.
6:17.
sentenced
43:3.
sentences 4:4,
33:25.
sentencing
2:25, 4:23,
7:17, 7:19,
12:15, 12:19,
12:23, 13:3,
13:14, 15:3,
15:18, 17:18,
27:9, 33:15,
34:1, 42:9.
SENTENCING
1:17.
sentiments
18:5.
separate
22:10.
separation
22:9,
45:13.
September 13th
1:11.
seriousness
33:16, 33:24,
42:21.
serve 34:24,
38:12,
43:9.

served 18:14,
    18:15, 22:2,
    23:18, 30:15,
    34:17, 34:19,
    35:10, 36:25,
    37:1, 37:15,
    39:24.
Service 4:3,
    5:2, 12:24,
    19:20, 20:12,
    20:13, 20:14,
    20:15, 28:23,
    29:8, 29:11,
    29:13, 29:16,
    30:22, 31:16,
    31:21, 34:16,
    34:23, 35:15,
    35:17, 37:6,
    37:11, 37:22,
    42:11, 43:6,
    43:7,
    43:10.
serving
    42:17.
set 3:21, 4:10,
    13:6, 13:21,
    33:12, 43:22,
    44:3.
sets 15:9.
share 12:20.
shared 38:25,
    40:20,
    41:1.
Sherry 45:11.
shock 28:1.
short 16:24,
    38:4.
shorthand
    1:48.
show 39:11,
    40:3, 42:6.
showcase
    38:14.
shown 36:20.
sic 25:9.
side 38:21.
sign 14:14,
    14:15,
    14:16.
signals

35:10.
signed 12:22.
similar 16:20,
    34:1, 34:2,
    42:24.
singular
    48:10.
sir 17:5,
    18:23,
    45:8.
sister 36:6.
sister-in-law
    36:4.
sister.
    36:10.
sisters 36:4.
sites 42:3.
situation 18:9,
    25:4.
Six 4:7, 15:7,
    15:20,
    35:16.
sky 36:9.
slightly 29:4,
    29:6.
slogans 14:6.
smart 23:6.
societal
    42:7.
society 21:6.
sodas 40:8,
    40:11.
soldier
    36:14.
solemn 38:11.
somebody 19:5,
    26:21,
    27:1.
somehow 50:8.
Someone 21:7,
    30:25, 39:25,
    42:4, 45:3,
    49:25,
    50:9.
sometimes
    21:21.
somewhat 12:5,
    42:12.
son 4:14,
    18:17, 35:20,

36:14, 37:20,
    37:22,
    41:7.
sooner 29:14.
Sorry 16:24,
    19:23, 30:7,
    34:4, 39:8,
    46:12.
sort 11:25.
soul 4:17.
source 24:17.
sources 24:16,
    24:20.
space 39:20.
special 15:10,
    15:21, 18:25,
    32:22, 35:6,
    36:1, 40:22,
    43:13.
specialized
    35:9.
speech 6:14,
    7:5, 7:7,
    9:11.
spend 37:10.
spends 46:1.
spent 18:3,
    21:3, 21:4,
    41:5.
split 41:9.
stable 34:15.
stand 40:7,
    40:16.
standard
    44:3.
standards.
    39:5.
stands 48:15.
Star 37:20,
    38:11.
stars 36:9.
start 5:18.
state 42:25.
stated 15:2.
statement
    12:22.
statements
    13:21, 26:17,
    42:6.
States 1:1,

1:5, 1:19,
    1:26, 1:41,
    2:5, 2:9,
    38:1.
station
    40:15.
stationed
    32:11, 38:19,
    46:3,
    46:13.
status 42:14.
statute 15:8,
    15:9,
    43:25.
statutes
    15:5.
statutory 15:7,
    15:15.
stay 23:4,
    23:13,
    24:12.
steadfast
    39:7.
Steal 27:25.
stenographic
    50:15.
step 22:16.
stolen 10:6,
    10:11, 10:12,
    23:25,
    26:7.
stood 5:21.
Stop 27:24,
    41:2,
    46:25.
storm 27:4.
story 48:14,
    48:16.
Street 1:35.
stress 17:18.
strong 36:12.
stronger
    49:22.
strongly
    11:20.
struck 42:4,
    48:6, 48:7.
struggling 6:6,
    6:25, 7:1,
    29:3, 29:7.

subject
 47:12.
submissions
 41:22.
submitted
 12:21,
 41:24.
substance
 43:24,
 44:14.
sufficient
 33:14,
 42:20.
suggested
 14:10.
suggesting
 21:15,
 21:16.
Suite 1:28,
 1:36.
superiors
 23:11,
 37:8.
supervised
 28:23, 28:24,
 30:21.
supervisee
 39:8.
supervision
 44:10, 44:25,
 45:2, 45:15,
 45:22,
 46:6.
supervisor
 39:6, 39:8.
support 8:16,
 26:15,
 39:13.
supporter
 26:2.
supportive
 25:5.
suppose 7:15.
surprise
 19:9.
swallow 6:7.
swayed 26:20.
system 6:13.
systems 9:14.
.

.
< T >.
T. 1:39,
 50:19.
takeaway 28:9,
 28:11.
talked 3:9,
 5:15, 19:3,
 22:20, 30:2,
 34:11.
talks 18:25.
task 40:25.
taste 27:15,
 27:21.
teach 49:10.
team 39:12.
tens 20:19.
tensions 6:11,
 7:3.
term 15:8,
 43:6.
terms 19:20.
Terrific 2:16,
 45:21,
 50:9.
Terrorism
 37:7.
testing 43:25,
 44:13.
texts 9:4.
Thankfully
 36:2.
THE CLERK
 2:4.
THE DEFENDANT
 13:10, 16:13,
 17:2, 18:23,
 46:7, 47:8,
 49:1.
themselves
 2:7.
then-president
 25:4.
they'll 45:25,
 46:20.
thinking 6:3,
 32:22.
third 4:23.
thorough 4:1.
though 8:5,

8:6, 36:11,
 46:2,
 48:15.
thoughtful
 47:24.
thoughts
 18:6.
thousands
 20:20.
threat 20:23,
 36:13.
three 4:7, 5:4,
 10:8, 20:24,
 49:19.
three-month-old
 27:19.
threw 11:21.
Throughout
 2:21, 11:8,
 36:20.
throw 4:7.
thrown 4:9.
thunderstorm
 8:4, 8:5.
today 5:6,
 7:19, 8:6,
 11:12, 12:4,
 16:4, 21:16,
 28:18, 29:1,
 41:21, 43:16,
 44:7, 45:20,
 45:23, 46:15,
 48:14, 49:17,
 50:3.
today. 39:21.
Together 18:16,
 23:18,
 42:6.
took 19:2,
 24:16, 35:6,
 40:10, 40:17,
 42:15,
 50:3.
top 35:17.
total 15:12.
touch 19:9,
 37:24.
touched
 28:20.
towards

26:10.
track 31:1.
trade 36:3.
traffic 47:3.
training
 11:22.
TRANSCRIPT
 1:17, 1:48,
 50:15.
transcription
 1:49.
transfer 7:10,
 9:8, 32:6,
 32:14, 32:17,
 45:2.
transferred
 45:15,
 45:23.
transferring
 44:25.
transition
 42:1.
transpired
 6:10, 7:2.
trash 41:9.
travel 31:24,
 44:10, 44:11,
 46:22.
travels 38:1.
treated 36:6,
 36:9.
treats 36:5.
tremendous
 11:12.
trigger 18:6.
triggered
 11:20, 11:21,
 11:23, 12:11,
 12:12.
troubled 23:7,
 24:10.
true 8:2, 9:15,
 26:5.
truly 36:13,
 36:18, 38:3,
 38:5,
 39:11.
Trump 10:13.
trust 27:3.
try 9:24, 12:1,

22:10.
trying 21:5,
    22:8, 30:1.
TV 24:7.
twice 3:23.
two 11:16,
    21:4, 22:21,
    25:9, 27:14,
    29:18, 30:21,
    31:3, 31:4,
    31:7,
    40:13.
type 42:8.
types 33:24.
tyrannic
    9:23.
.
.
< U >.
unable 47:15.
unanswerable
    21:12,
    21:13.
uncles 34:21.
underscore
    34:21.
understand
    5:12, 21:6,
    48:13.
understanding
    4:12, 23:24,
    24:15, 28:22,
    49:17.
understands
    20:5, 42:7.
understood
    38:2.
unfold 24:7.
unfortunately
    23:14.
uniform 11:7,
    11:9, 50:7.
unique 48:13.
Unit 18:16,
    37:5, 38:10,
    39:9.
United 1:1,
    1:5, 1:19,
    1:26, 1:41,
    2:5, 2:9.

units 23:22.
University
    35:12.
unknown 48:9.
unlawfully
    43:24.
Unless 11:24,
    11:25, 44:8,
    47:19.
unsatisfactory
    16:19.
unsure 39:10.
until 9:17,
    21:13, 25:11,
    48:15.
unwarranted
    33:25,
    42:23.
unwavering
    36:19, 39:12,
    39:13.
unyielding
    36:20.
upheld 20:21.
upstanding
    20:24.
USMC 35:9.
.
.
< V >.
VA 1:37.
valid 27:11.
variety 15:4.
various
    24:20.
vastly 48:9.
versus 2:5.
veteran
    34:20.
veterans
    38:15.
victims 34:5.
view 6:18,
    6:19.
views 6:20,
    26:25.
violated 20:7,
    20:22.
violating
    42:17.

violation
    12:17,
    31:14.
violations
    29:21.
Virginia 46:2,
    46:7, 47:1.
visit 39:18,
    41:2.
visited 38:1.
visits 41:1.
vital 38:10.
vividly
    38:25.
voice 28:8.
Volume 25:11.
voluntarily
    42:16.
volunteer
    37:11,
    40:6.
volunteer.
    41:12.
volunteered
    40:19.
volunteers
    40:9.
vote 22:13.
voter 42:5.
vs 1:8.
.
.
< W >.
waive 44:13.
waived 31:24,
    47:13.
waiving
    31:20.
walk 7:15,
    7:20.
walked 7:21,
    40:10.
wanted 2:14,
    2:15, 17:7,
    28:19,
    36:8.
wants 29:23,
    31:3.
War 29:6,
    30:12, 34:20,

37:7, 43:4.
warfare
    35:10.
warrants 42:14,
    42:17.
wash 41:10.
Washington
    1:10, 1:29,
    1:44, 8:24,
    9:3.
watch 19:5,
    24:24.
watched 24:6.
watching
    41:16.
website
    30:13.
week 8:23,
    9:12.
whatever 8:9,
    10:22, 17:2,
    21:6, 29:9.
whatsoever
    20:23.
whenever
    10:22.
Wherever 32:6,
    41:11,
    47:6.
Whether 14:5,
    22:4, 22:5,
    26:6, 29:7,
    50:6.
White 2:2,
    20:17.
whole 9:11,
    9:18, 18:5,
    20:8,
    43:18.
wields 26:1.
wife 3:24,
    18:24, 24:24,
    39:18, 39:19,
    41:7.
wild 19:7.
willing 16:15,
    34:24.
Wilson 39:23.
wish 50:5.
within 30:22,

```
44:6, 44:7,          year 9:5, 9:6,
  47:14.                9:7, 29:17,
Without 6:5,            30:22, 31:3,
  8:3, 8:5,             31:9, 31:10,
  19:21, 40:2,          31:12, 38:20,
  41:6, 47:3,           43:3.
  47:17.              years 6:11,
woman 11:1.            7:2, 7:11,
women 10:9,            11:4, 12:4,
  11:7.                15:8, 18:11,
won 37:4.              18:13, 18:22,
wood 14:13,            22:21, 25:9,
  14:14,               27:14, 28:22,
  14:17.               30:21, 31:2,
words 5:20,            31:3, 31:4,
  20:1,                31:8, 34:15,
  39:22.               37:22, 37:24,
work 12:1,             38:13,
  21:14, 26:5,         49:19.
  44:20.             York 1:27.
worked 40:6.         young 17:16,
working 9:1,           20:24, 35:4,
  9:2, 10:4,           36:18.
  10:7, 24:17,       younger 35:6,
  41:17.               38:16.
World 34:20,         yourself
  38:21.               26:20.
world. 36:3.         Yup 31:22.
wrapped              .
  26:22.             .
write 18:2,          < Z >.
  23:2, 50:3.        zone 40:1.
writer 4:1.
writes 35:23,
  36:5.
writing
  35:25.
written 4:1,
  41:21.
wronged
  16:21.
wrote 18:24,
  36:11, 37:1,
  37:22, 38:7,
  38:19, 40:6,
  41:13,
  48:8.
.
.
< Y >.
```